United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Boston Scientific Corporation, et al., | NO. C 02-01474 JW |
| Plaintiff(s), | |
| v. | **ORDER SCHEDULING HEARING REGARDING CROSS MOTIONS FOR SUMMARY JUDGMENT OF VALIDITY/INVALIDITY OF THE '415 PATENT** |
| Cordis Corporation, | |
| Defendant(s). | |

On February 3, 2005, this Court stayed all proceedings regarding the '385 and '498 Patents. (Order Granting in Part and Denying in Part Defendant Cordis's Motion to Stay Proceedings, hereinafter "February 3, 2005 Order," Docket Item No. 792, at 5:7.)  Furthermore, this Court stayed the trial on the '415 Patent.  (February 3, 2005 Order at 5:7-8.)  However, this Court permitted four motions for summary judgment, relating exclusively to the '415 Patent, to proceed.  (February 3, 2005 Order at 5:12-17.)  These motions are:  Defendant's Motion for Summary Judgment of Invalidity (Docket Item No. 676), Plaintiffs' Cross-Motion for Summary Judgment of Validity (Docket Item No. 727), Plaintiffs' Motion for Summary Judgment that the Activities of Lawrence Livermore National Laboratories and/or Cordis Do Not Invalidate the Claims of the '415 Patent (Docket Item No. 712), and Plaintiffs' Motion for Summary Judgment of Validity of Claim 27 of the '415 Patent (Docket Item No. 707).  (February 3, 2005 Order at 5:12-17.)

This Court divided these four motions for summary judgment into two sets and scheduled them

1  for hearing on two dates. Specifically, this Court scheduled the hearings regarding Defendant's
2  Motion for Summary Judgment of Invalidity (Docket Item No. 676) and Plaintiffs' Cross-Motion for
3  Summary Judgment of Validity (Docket Item No. 727) for March 28, 2005 at 9:00 a.m., and the
4  hearings regarding Plaintiffs' Motion for Summary Judgment that the Activities of Lawrence Livermore
5  National Laboratories and/or Cordis Do Not Invalidate the Claims of the '415 Patent (Docket Item No.
6  712), and Plaintiffs' Motion for Summary Judgment of Validity of Claim 27 of the '415 Patent (Docket
7  Item No. 707) for April 25, 2005 at 9:00 a.m. (February 3, 2005 Order at 5:17-6:2.)

8        On March 23, 2005, this Court, on its own motion, and to provide the parties a more expansive
9  opportunity for oral argument, continued the March 28, 2005 hearing date to Wednesday, April 6,
10  2005. (Order Continuing Hearing Regarding Cross Motions for Summary Judgment of
11  Validity/Invalidity of the '415 Patent, Docket Item No. 795, at 1:16-18.)

12        On March 28, 2005, Defendant Cordis filed a Motion for Leave to Amend Final Invalidity
13  Contentions (Docket Item No. 796) and a Motion to Compel Scheduling of Expert Deposition (Docket
14  Item No. 798.) This Court referred these motions to Magistrate Judge Seeborg and vacated the April
15  6, 2005 hearing date because "the issues raised in Cordis's Motion to Compel Scheduling of Expert
16  Deposition potentially affect the Cross-Motions for Summary Judgment Regarding the
17  Validity/Invalidity of the '415 Patent . . . ." (Order Vacating April 6, 2005 Hearing Date, hereinafter
18  "April 6, 2005 Order," Docket Item No. 803, at 1:21-23.) This Court stated that it "will schedule a
19  new hearing date shortly after Magistrate Judge Seeborg resolves Cordis's motions." (April 6, 2005
20  Order at 1:24-25.)

21        On May 4, 2005, Magistrate Judge Seeborg granted Cordis's Motion to Amend Final Invalidity
22  Contentions and ordered Cordis to make its expert, Dr. Collins, available for deposition. (Order
23  Granting Defendant's Motion to Amend its Final Invalidity Contentions, Docket Item No. 814, at 6:10-
24  14.)

25        On May 18, 2005, Plaintiffs objected to Magistrate Judge Seeborg's Order. (Plaintiffs'
26  Objection to Magistrate Judge Seeborg's May 4, 2005 Order Granting Defendant's Motion to Amend

27

28        2

*United States District Court*
*For the Northern District of California*

its Final Invalidity Contentions, Docket Item No. 815.) However, on May 27, 2005, Plaintiffs withdrew their objection. (Notice of Withdrawal of Plaintiffs' Objection to Magistrate Judge Seeborg's May 4, 2005 Order Granting Defendant's Motion to Amend its Final Invalidity Contentions, Docket Item No. 819.)

      Accordingly, this Court schedules hearings regarding Defendant's Motion for Summary Judgment of Invalidity (Docket Item No. 676) and Plaintiffs' Cross-Motion for Summary Judgment of Validity (Docket Item No. 727) for Monday, September 26, 2005 at 9:00 a.m. This Court will schedule hearings regarding Plaintiffs' Motion for Summary Judgment that the Activities of Lawrence Livermore National Laboratories and/or Cordis Do Not Invalidate the Claims of the '415 Patent (Docket Item No. 712) and Plaintiffs' Motion for Summary Judgment of Validity of Claim 27 of the '415 Patent (Docket Item No. 707) after this Court has conducted the hearings regarding Defendant's Motion for Summary Judgment of Invalidity (Docket Item No. 676) and Plaintiffs' Cross-Motion for Summary Judgment of Validity (Docket Item No. 727).

Dated: June 10, 2005

02cv1474sch-msj-hrg

/s/James Ware  
JAMES WARE  
United States District Judge

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Christopher T. Holding cholding@goodwinprocter.com
David T. Pritikin dpritikin@sidley.com
Hugh A. Abrams habrams@sidley.com
J. Anthony Downs jdowns@goodwinprocter.com
Julie Lynn Fieber jfieber@flk.com
Lisa Anne Schneider lschneider@sidley.com
Marc A. Cavan mcavan@sidley.com
Matthew T. Powers mpowers@sidley.com
Michael Francis Kelleher mkelleher@flk.com
Patrick E. Premo ppremo@fenwick.com
Paul F. Ware pware@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Stephanie Pauline Koh skoh@sidley.com
Susan E. Bower sbower@sidley.com
Tracy J. Phillips tphillips@sidley.com

**Dated: June 10, 2005**                                  **Richard W. Wieking, Clerk**

                                                          **By:/s/JWchambers**
                                                              **Ronald L. Davis**
                                                              **Courtroom Deputy**