IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Boston Scientific Corporation, et al., | NO. C 02-01474 JW |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Cordis Corporation, | |
| Defendants. | |

   In light of the summary judgment hearing on September 26, 2005, the case management conference currently scheduled for September 19, 2005 is continued to September 26, 2005 at 10:00 a.m. Pursuant to Civil L.R. 16-10(d), the Parties shall file a Joint Case Management Conference Statement 10 days in advance of the rescheduled case management conference date.


Dated: September 13, 2005                                /s/James Ware
                                                         JAMES WARE
02eciv1474ctdcmc                                         United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Christopher T. Holding cholding@goodwinprocter.com
David T. Pritikin dpritikin@sidley.com
Hugh A. Abrams habrams@sidley.com
J. Anthony Downs jdowns@goodwinprocter.com
Julie Lynn Fieber jfieber@flk.com
Lisa Anne Schneider lschneider@sidley.com
Marc A. Cavan mcavan@sidley.com
Matthew T. Powers mpowers@sidley.com
Michael Francis Kelleher mkelleher@flk.com
Patrick E. Premo ppremo@fenwick.com
Paul F. Ware pware@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Stephanie Pauline Koh skoh@sidley.com
Susan E. Bower sbower@sidley.com
Tracy J. Phillips tphillips@sidley.com


Dated: September 13, 2005                    **Richard W. Wieking, Clerk**

                                             **By:____/s/JW Chambers_____
                                                  Ronald L. Davis
                                                  Courtroom Deputy**