United States District Court
For the Northern District of California

1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT
8    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    SAN JOSE DIVISION

10   Boston Scientific Corporation, et al.,           NO. C 02-01474 JW

11           Plaintiff(s),                            **NOTICE OF INTENT TO APPOINT A TECHNICAL ADVISER**
     v.
12
     Cordis Corporation,
13
             Defendant(s).
14   _____/

15       Please take note that on Monday, September 26, 2005, on the occasion of a hearing on
16   Defendant's motion for summary judgment of invalidity of the '415 patent, and Plaintiffs' cross-motion for
17   summary judgment of validity of the '415 patent, the Court will discuss entry of the attached Proposed
18   Order appointing Mr. Rainer Schulz as its Technical Adviser on this case.
19
20
21   Dated:   September 21, 2005            /s/ James Ware
                                            JAMES WARE
22                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Christopher T. Holding cholding@goodwinprocter.com
David T. Pritikin dpritikin@sidley.com
Hugh A. Abrams habrams@sidley.com
J. Anthony Downs jdowns@goodwinprocter.com
Julie Lynn Fieber jfieber@flk.com
Lisa Anne Schneider lschneider@sidley.com
Marc A. Cavan mcavan@sidley.com
Matthew T. Powers mpowers@sidley.com
Michael Francis Kelleher mkelleher@flk.com
Patrick E. Premo ppremo@fenwick.com
Paul F. Ware pware@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Stephanie Pauline Koh skoh@sidley.com
Susan E. Bower sbower@sidley.com
Tracy J. Phillips tphillips@sidley.com

**Dated:  September 21, 2005**          **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Ronald L. Davis**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California