IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION,<br><br>Defendant.<br>_____/ | NO. C 02-01474 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On September 26, 2005, the Court conducted a case management conference. The Court sets the following dates with respect to the next series of motions:

1) The Court sets **November 14, 2005 at 9 a.m.** as the hearing date for Plaintiff's Boston Scientific Corporation's Motion for Summary Judgment on the validity of Claim 27 of the 415 Patent.

2) The Court will also hold a case management conference on November 14, 2005. Pursuant to the Civil Local Rules, the parties shall submit a joint case management statement no later than **November 7, 2005**. The statement shall provide the Court with a status of the re-examination of U.S. Patents Nos. 5,895,385 and 6,010,498 in the United States Patent and Trademark Office.

Dated: September 28, 2005         /s/ James Ware
                                  JAMES WARE
                                  United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Christopher T. Holding cholding@goodwinprocter.com
David T. Pritikin dpritikin@sidley.com
Hugh A. Abrams habrams@sidley.com
J. Anthony Downs jdowns@goodwinprocter.com
Julie Lynn Fieber jfieber@flk.com
Lisa Anne Schneider lschneider@sidley.com
Marc A. Cavan mcavan@sidley.com
Matthew T. Powers mpowers@sidley.com
Michael Francis Kelleher mkelleher@flk.com
Patrick E. Premo ppremo@fenwick.com
Paul F. Ware pware@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Stephanie Pauline Koh skoh@sidley.com
Susan E. Bower sbower@sidley.com
Tracy J. Phillips tphillips@sidley.com

**Dated: September 28, 2005**                               **Richard W. Wieking, Clerk**

**By:__/s/ JW Chambers__
    Ronald L. Davis
    Courtroom Deputy**