United States District Court
For the Northern District of California

1
2
3
4
5
6
7                         IN THE UNITED STATES DISTRICT COURT
8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                    SAN JOSE DIVISION

10  Boston Scientific Corporation, et al.,            NO. C 02-01474 JW
11              Plaintiff(s),                         **DECLARATION OF RAINER**
        v.                                            **SCHULZ FOLLOWING ORDER**
12                                                    **OF APPOINTMENT**
    Cordis Corporation,
13
                Defendant(s).
14  _____/
15

16       I, Rainer Schulz, declare that I will adhere to the terms of my appointment as the Court's
17  "Technical Advisor" in the above entitled action.
18       I declare, under penalty of perjury, that the foregoing is true and correct to the best of my
19  knowledge, that if called as a witness, I could competently testify thereto, and that this declaration is
20  executed in San Jose, California on October 26, 2005.
21
    Dated: October 26, 2005                            /s/ Rainer Schulz
22                                                     Rainer Schulz
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Christopher T. Holding cholding@goodwinprocter.com
David T. Pritikin dpritikin@sidley.com
Hugh A. Abrams habrams@sidley.com
J. Anthony Downs jdowns@goodwinprocter.com
Julie Lynn Fieber jfieber@flk.com
Lisa Anne Schneider lschneider@sidley.com
Marc A. Cavan mcavan@sidley.com
Matthew T. Powers mpowers@sidley.com
Michael Francis Kelleher mkelleher@flk.com
Patrick E. Premo ppremo@fenwick.com
Paul F. Ware pware@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Stephanie Pauline Koh skoh@sidley.com
Susan E. Bower sbower@sidley.com
Tracy J. Phillips tphillips@sidley.com

**Dated: October 26, 2005**                    **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Ronald L. Davis**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California