IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, et al., | NO. C 02-01474 JW |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CORDIS CORPORATION, | |
| Defendant. | |

On November 21, 2005, the Court conducted a telephonic case management conference with trial counsel for the respective parties. The Court orders the following:

1) The stay on proceedings related to the '385 and '498 patents ("the Guglielmi patents") and the stay for trial on the '415 patent are lifted.

2) The parties shall submit a joint case management statement no later than **December 9, 2005,** with respect to all previously filed motions on the Guglielmi patents. The statement shall list all of the motions along with the desire hearing dates, including those motions that were previously argued. Once the dates are conferred, the parties shall resubmit Chambers' copies of briefs and supporting evidence. The parties shall stagger the submission to coincide with the hearing dates.

3) Trial on all three patents is scheduled on the following days:

    a) Jury selection shall begin on September 12, 2006 at 9 a.m.

      b)  Further jury trial is set for the following days from 1-4 p.m.: September 13 - 15, 2006; September 19 - 22, 2006; September 26 - 29, 2006; October 3 - 6, 2006; October 10 - 13, 2006; October 17 - 19, 2006.

      c)  The parties shall argue and submit on October 20, 2006.

      d)  Jury deliberations shall begin on October 24, 2006.

4) Final Pretrial Conference is scheduled on **August 28, 2006 at 3 p.m.** Pursuant to the Civil Local Rules of Court, the parties shall submit a joint pretrial statement no later than ten days before the conference.

None of the dates set in this Order may be changed without an order of the Court made after a motion is duly filed and made pursuant to the local rules of this Court.

Dated: November 21, 2005

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Christopher T. Holding cholding@goodwinprocter.com
David T. Pritikin dpritikin@sidley.com
Hugh A. Abrams habrams@sidley.com
J. Anthony Downs jdowns@goodwinprocter.com
Julie Lynn Fieber jfieber@flk.com
Lisa Anne Schneider lschneider@sidley.com
Marc A. Cavan mcavan@sidley.com
Matthew T. Powers mpowers@sidley.com
Michael Francis Kelleher mkelleher@flk.com
Patrick E. Premo ppremo@fenwick.com
Paul F. Ware pware@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Stephanie Pauline Koh skoh@sidley.com
Susan E. Bower sbower@sidley.com
Tracy J. Phillips tphillips@sidley.com

**Dated: November 21, 2005**                    **Richard W. Wieking, Clerk**

                                                **By:__/s/ JW Chambers__**
                                                   **Ronald L. Davis**
                                                   **Courtroom Deputy**