

IT IS SO ORDERED

Judge James Ware

1   Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC., ) | Case No. C 02-01474 JW |
| ) ) | **STIPULATION AND [PROPOSED]** |
| Plaintiffs, ) ) | **ORDER REGARDING FILING OF THE INTERIM CASE MANAGEMENT** |
| vs. ) ) | **STATEMENT** |
| CORDIS CORPORATION, ) ) | |
| Defendant. ) ) ) ) ) ) | |

1     WHEREAS, an Interim Case Management Conference is scheduled for May 15, 2006

2   at 10:00 a.m. for the above entitled action;

3     WHEREAS, the travel schedule's and other time conflicts of counsel prevent the

4   parties from filing as currently scheduled the Interim Case Management Statement on May 5,

5   2006;

6     NOW, THEREFORE, the parties hereby stipulate and jointly request leave of court

7   to file the Interim Case Management Statement on May 9, 2006.

8

9     SO AGREED AND JOINTLY REQUESTED :

10

11

12  DATED:  May 5, 2006                          DATED:  May 5, 2006

13   /s/ Roland H. Schwillinski_____            _/s/ Matthew T. Powers_____
        Michael F. Kelleher (SBN 165493)              Matthew T. Powers (SBN 124493)
14      Julie L. Fieber (SBN 202857)                  SIDLEY AUSTIN LLP
        FOLGER LEVIN & KAHN LLP                       555 California Street, Suite 2000
15      Embarcadero Center West                       San Francisco, CA  94104
        275 Battery Street, 23rd Floor                Telephone:    (415) 772-1200
16      San Francisco, CA  94111                      Facsimile:    (415) 772-7400

17      J. Anthony Downs (Pro Hac Vice)               David T. Pritikin (Pro Hac Vice)
        Roland H. Schwillinski (Pro Hac Vice)         Hugh A. Abrams (Pro Hac Vice)
18      GOODWIN PROCTER LLP                           Lisa A. Schneider (Pro Hac Vice)
        Exchange Place                                Stephanie P. Koh (Pro Hac Vice)
19      Boston, Massachusetts 02109-2881              SIDLEY AUSTIN LLP
        Tel: (617) 570-1000                           1 S. Dearborn Street
20      Fax: (617) 523-1231                           Chicago, IL  60603
                                                      Telephone:    (312) 853-7000
21      Attorneys for Plaintiffs                      Facsimile:    (312) 853-7036
        BOSTON SCIENTIFIC CORP. and
22      TARGET THERAPEUTICS, INC                      Attorneys for Defendant
                                                      CORDIS NEUROVASCULAR, INC
23

24

25  IT IS SO ORDERED.

26  DATED:  May 5 , 2006

27                                                    _James Ware_____

28                                                    DISTRICT JUDGE JAMES WARE

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF THE INTERIM CASE
MANAGEMENT STATEMENT -- Case No. C 02- 01474 JW

1

**ATTESTATION OF SIGNATURE**
**(N.D. Cal. General Order 45)**

2

3

    I, Matthew T. Powers, hereby attest that concurrence in the filing of the following document:

4

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF THE INTERIM CASE MANAGEMENT STATEMENT**

5

has been obtained from all of the signatories.

6

7

DATED:  May 5, 2006                                    SIDLEY AUSTIN LLP

8

                                         By:  /s/ Matthew T. Powers

9

                                             Attorneys for Defendant
                                             CORDIS NEUROVASCULAR, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF SIGNATURE - CASE NO. C 02-1474 JW**