**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Boston Scientific Corporation, et al., | NO. C 02-01474 JW |
| Plaintiffs, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Cordis Corporation, | |
| Defendant. | |

The Court vacates the presently scheduled case management conference on May 15, 2006. The new case management conference is set for **May 22, 2006** at 10 a.m. to coincide with Defendant's Motion for Claims Construction of Additional Terms. Please take note that the hearing is at 9 a.m. and the conference is at 10 a.m.

Dated: May 10, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Christopher T. Holding cholding@goodwinprocter.com
David T. Pritikin dpritikin@sidley.com
Edward V. Anderson evanderson@sidley.com
Georgia K. Van Zanten gvanzanten@sidley.com
Hugh A. Abrams habrams@sidley.com
J. Anthony Downs jdowns@goodwinprocter.com
Julie Lynn Fieber jfieber@flk.com
Lisa Anne Schneider lschneider@sidley.com
Marc A. Cavan mcavan@sidley.com
Matthew T. Powers mpowers@sidley.com
Michael Francis Kelleher mkelleher@flk.com
Patrick E. Premo ppremo@fenwick.com
Paul F. Ware pware@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Stephanie Pauline Koh skoh@sidley.com
Susan E. Bower sbower@sidley.com
Tracy J. Phillips tphillips@sidley.com

**Dated:  May 10, 2006**                                 **Richard W. Wieking, Clerk**


                                                          **By:   /s/ JW Chambers**
                                                              **Melissa Peralta**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California