IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Boston Scientific Corporation, et al., | NO. C 02-01474 JW |
| Plaintiffs, v. | **ORDER RESCHEDULING HEARING ON MOTION AND CASE MANAGEMENT CONFERENCE** |
| Cordis Corporation, | |
| Defendant. | |

In light of the Court's discussion with parties' counsel on May 11, 2006, the Court vacates the presently scheduled hearing on Defendant's Motion for Claims Construction of Additional Terms and case management conference on May 22, 2006. The new hearing date is **June 26, 2006 at 9 a..m** with the case management conference at **10 a.m.**

Dated: May 11, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amanda Marie Kessel akessel@goodwinprocter.com
Christopher T. Holding cholding@goodwinprocter.com
David T. Pritikin dpritikin@sidley.com
Edward V. Anderson evanderson@sidley.com
Georgia K. Van Zanten gvanzanten@sidley.com
Hugh A. Abrams habrams@sidley.com
J. Anthony Downs jdowns@goodwinprocter.com
Julie Lynn Fieber jfieber@flk.com
Lisa Anne Schneider lschneider@sidley.com
Marc A. Cavan mcavan@sidley.com
Matthew T. Powers mpowers@sidley.com
Michael Francis Kelleher mkelleher@flk.com
Patrick E. Premo ppremo@fenwick.com
Paul F. Ware pware@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Stephanie Pauline Koh skoh@sidley.com
Susan E. Bower sbower@sidley.com
Tracy J. Phillips tphillips@sidley.com

**Dated:   May 11, 2006**                                        **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers
         Melissa Peralta
         Courtroom Deputy**

**United States District Court**
For the Northern District of California