1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                    SAN JOSE DIVISION

10

11   Boston Scientific Corporation and Target          NO. C 02-01474 JW
     Therapeutics, Inc.,
12                                                      **ORDER CONTINUING HEARING AND**
                          Plaintiffs,                   **CASE MANAGEMENT CONFERENCE**
13           v.

14   Cordis Corporation,

15                          Defendant.
                                                    /
16

17           In light of the Court's discussion with parties' counsel on June 21, 2006, the Court continues

18   the hearing on Defendant's Motion for Claim Construction of Additional Terms and case

19   management conference to **June 27, 2006 at 10:00 a.m.**

20

21   Dated: June 22, 2006

22                                                  JAMES WARE
                                                    United States District Judge
23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**UnitedStates District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Amanda Marie Kessel akessel@goodwinprocter.com

2
Christopher T. Holding cholding@goodwinprocter.com
David T. Pritikin dpritikin@sidley.com

3
Edward V. Anderson evanderson@sidley.com
Georgia K. Van Zanten gvanzanten@sidley.com

4
Hugh A. Abrams habrams@sidley.com
J. Anthony Downs jdowns@goodwinprocter.com

5
Julie Lynn Fieber jfieber@flk.com
Lisa Anne Schneider lschneider@sidley.com

6
Marc A. Cavan mcavan@sidley.com
Matthew T. Powers mpowers@sidley.com

7
Michael Francis Kelleher mkelleher@flk.com
Patrick E. Premo ppremo@fenwick.com

8
Paul F. Ware pware@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com

9
Stephanie Pauline Koh skoh@sidley.com
Susan E. Bower sbower@sidley.com

10
Teague I. Donahey tdonahey@sidley.com
Tracy J. Phillips tphillips@sidley.com

11

12
**Dated: June 22, 2006**                          **Richard W. Wieking, Clerk**

13

14
                                              **By:_____/s/ JW Chambers_____**
                                                 **Melissa Peralta**

15                                               **Courtroom Deputy**

16

17

18

19

20

21

22

23

24

25

26

27

28