1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Boston Scientific Corp. and Target
Therapeutics, Inc.,

                    Plaintiffs,

        v.

Cordis Corp.,

                    Defendant.
_____/

NO. C 02-01474 JW

**ORDER FOLLOWING CASE
MANAGEMENT CONFERENCE**

        The Court conducted a case management conference on June 27, 2006.  In light of the

discussion with the parties' counsel at the conference, the Court orders the following:

        1.        A hearing on Plaintiffs' Motion for Summary Judgment of No Inequitable Conduct is

                set for **September 29, 2006 at 9:00 a.m.**

        2.        A hearing on Plaintiffs' Motion to Preclude Expert Testimony Regarding Untimely

                Produced Material is set for **October 13, 2006 at 9:00 a.m.**

        3.        A hearing on Defendant's Motion for Summary Judgment of Invalidity of the

                Radiopaque Marker Claims of the Guglielmi Patents and Plaintiffs' Cross-Motion for

                Summary Judgment of Validity of the Radiopaque Marker Claims of the Guglielmi

                Patents is set for **October 13, 2006 at 9:00 a.m.**

4. A further case management conference is set for **October 13, 2006 at 10:00 a.m.**
Hearings on other pending motions will be set at this conference.

5. The trial scheduled to begin on September 13, 2006 is vacated.

Dated: June 28, 2006

_____
JAMES WARE
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
     Amanda Marie Kessel akessel@goodwinprocter.com
2    Christopher T. Holding cholding@goodwinprocter.com
     David T. Pritikin dpritikin@sidley.com
3    Edward V. Anderson evanderson@sidley.com
     Georgia K. Van Zanten gvanzanten@sidley.com
4    Hugh A. Abrams habrams@sidley.com
     J. Anthony Downs jdowns@goodwinprocter.com
5    Julie Lynn Fieber jfieber@flk.com
     Lisa Anne Schneider lschneider@sidley.com
6    Marc A. Cavan mcavan@sidley.com
     Matthew T. Powers mpowers@sidley.com
7    Michael Francis Kelleher mkelleher@flk.com
     Patrick E. Premo ppremo@fenwick.com
8    Paul F. Ware pware@goodwinprocter.com
     Roland Schwillinski rschwillinski@goodwinprocter.com
9    Stephanie Pauline Koh skoh@sidley.com
     Susan E. Bower sbower@sidley.com
10   Teague I. Donahey tdonahey@sidley.com
     Tracy J. Phillips tphillips@sidley.com

11

12   **Dated: June 28, 2006**                    **Richard W. Wieking, Clerk**

13

14                                               **By:   /s/ JW Chambers**
                                                 **Melissa Peralta**
15                                               **Courtroom Deputy**

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States District Court*
For the Northern District of California