UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CORDIS CORPORATION,<br><br>Defendants. | Case No.: C02-1474-JW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE REQUEST TO EXCEED THE PAGE LIMIT FOR PLAINTIFFS' REPLY BRIEF REGARDING CLAIM CONSTRUCTION OF THE "MULTIPLY FOLDED" CLAIM TERM** |

Pursuant to stipulation, IT IS SO ORDERED. Boston Scientific may file a Reply Brief not exceeding eight pages in length. Cordis may file a Reply Brief not exceeding six pages in length. Cordis' opening brief will be accepted in the form submitted.

Dated: July 26, 2006

_____
Hon. James Ware
United States District Judge
Northern District of California

LIBA/1715800.1