UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 7 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.,

Plaintiffs,

vs.

CORDIS CORPORATION,

Defendants.

Case No.: C02-1474-JW

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL

Pursuant to Plaintiffs' Boston Scientific Corporation and Target Therapeutics, Inc. Miscellaneous Administrative Request, the following documents shall be filed under seal and not placed in the public file in this action: Exhibits A-J and R to the Declaration of Amanda M. Kessel in Support of Plaintiffs' Motion for Relief from the Protective Order.

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: August 7, 2006

_____
Hon. Richard Seeborg
United States Magistrate Judge
Northern District of California

LIBA/1716172.1