United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Boston Scientific Corp. and Target Therapeutics, Inc., | NO. C 02-01474 JW |
| Plaintiffs, | **ORDER RESCHEDULING HEARINGS** |
| v. | |
| Cordis Corp., | |
| Defendant. | |

In light of the Court's discussion with the parties' counsel on August 24, 2006, the Court reschedules the following hearings:

1. The hearing on Plaintiffs' Motion for Summary Judgment of No Inequitable Conduct currently scheduled for September 29, 2006 at 9:00 a.m. is now set for **October 25, 2006 at 9:00 a.m.**

2. The hearing on Plaintiffs' Motion to Preclude Expert Testimony Regarding Untimely Produced Material currently scheduled for October 13, 2006 at 9:00 a.m. is now set for **October 25, 2006 at 11:00 a.m.**

3. The hearing on Defendant's Motion for Summary Judgment of Invalidity of the Radiopaque Marker Claims of the Guglielmi Patents and Plaintiffs' Cross-Motion for Summary Judgment of Validity of the Radiopaque Marker Claims of the Guglielmi Patents currently scheduled for October 25, 2006 at 9:00 a.m. is now set for **October

**25, 2006 at 1:00 p.m.**

4. The case management conference currently scheduled for October 13, 2006 at 10:00 a.m. is now set for **October 25, 2006 at 3:00 p.m.**

Dated: August 25, 2006

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Amanda Marie Kessel akessel@goodwinprocter.com
Christopher T. Holding cholding@goodwinprocter.com
David T. Pritikin dpritikin@sidley.com
Edward V. Anderson evanderson@sidley.com
Georgia K. Van Zanten gvanzanten@sidley.com
Hugh A. Abrams habrams@sidley.com
J. Anthony Downs jdowns@goodwinprocter.com
Julie Lynn Fieber jfieber@flk.com
Lisa Anne Schneider lschneider@sidley.com
Marc A. Cavan mcavan@sidley.com
Matthew T. Powers mpowers@sidley.com
Michael Francis Kelleher mkelleher@flk.com
Patrick E. Premo ppremo@fenwick.com
Paul F. Ware pware@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Stephanie Pauline Koh skoh@sidley.com
Susan E. Bower sbower@sidley.com
Teague I. Donahey tdonahey@sidley.com
Tracy J. Phillips tphillips@sidley.com

**Dated: August 25, 2006**                        **Richard W. Wieking, Clerk**


                                                  **By:   /s/ JW Chambers
                                                      Courtroom Deputy**