UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CORDIS CORPORATION,<br><br>Defendants. | Case No.: C02-1474-JW<br><br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |

Pursuant to Plaintiffs' Boston Scientific Corporation and Target Therapeutics, Inc. Miscellaneous Administrative Request, the following documents shall be filed under seal and not placed in the public file in this action: Exhibits D-F and I to the Declaration of Amanda M. Kessel in Support of Plaintiffs' Opposition to Defendant Cordis's Motion for Reconsideration of the Court's June 25, 2004 Order and/or November 14, 2005 Order.

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: Aug. 30, 2006

_____
Hon. James Ware
United States District Judge
Northern District of California

LIBA/1726038.1