IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Boston Scientific Corp. and Target Therapeutics, Inc., <br><br> Plaintiffs, <br> v. <br><br> Cordis Corp., <br><br> Defendant. <br>_____/ | NO. C 02-01474 JW <br><br> **ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 25, 2004 ORDER AND/OR NOVEMBER 14, 2005 ORDER** |

In light of the Court's schedule, the hearing on Defendant's Motion for Reconsideration of the Court's June 25, 2004 Order and/or November 14, 2005 Order currently set for September 18, 2006 is continued to **October 26, 2006 at 9:00 a.m.**

Dated: September 14, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Amanda Marie Kessel akessel@goodwinprocter.com
Christopher T. Holding cholding@goodwinprocter.com
David T. Pritikin dpritikin@sidley.com
Edward V. Anderson evanderson@sidley.com
Georgia K. Van Zanten gvanzanten@sidley.com
Hugh A. Abrams habrams@sidley.com
J. Anthony Downs jdowns@goodwinprocter.com
Julie Lynn Fieber jfieber@flk.com
Lisa Anne Schneider lschneider@sidley.com
Marc A. Cavan mcavan@sidley.com
Matthew T. Powers mpowers@sidley.com
Michael Francis Kelleher mkelleher@flk.com
Patrick E. Premo ppremo@fenwick.com
Paul F. Ware pware@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Stephanie Pauline Koh skoh@sidley.com
Susan E. Bower sbower@sidley.com
Teague I. Donahey tdonahey@sidley.com
Tracy J. Phillips tphillips@sidley.com

**Dated: September 14, 2006**                    **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California