[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CORDIS CORPORATION, <br><br> Defendants. | Case No.: C02-1474-JW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO RESPOND TO THE COURT'S AUGUST 21, 2006 ORDER RE: CLAIM CONSTRUCTION OF THE "MULTIPLY FOLDED" TERM** |

Plaintiffs Boston Scientific Corp. and Target Therapeutics, Inc. (collectively "Boston Scientific") respectfully request (and Cordis does not oppose) a short extension of time until September 29, 2006 in which to respond to the Court's August 21, 2006 Order Re Claim Construction Of The "Multiply Folded Term." In the Order, the Court invited the parties to stipulate within 30 days of the Order as to whether there is a difference between the terms "capable of" and "adapted to." *See* Order, p. 9. Although the parties have engaged in discussions as to a possible stipulation as requested by the Court, this extension is necessary because one of Boston Scientific's lead counsel (J. Anthony Downs) is currently out of the country and will not return until September 25, 2006. This extension will allow the parties a reasonable additional period, in light of counsel's schedule, to attempt to reach agreement as to the "capable of" and "adapted to" terms. Counsel for Cordis has reviewed this stipulation and does not object to it.

1

1       Wherefore, Boston Scientific respectfully requests the Court grant an extension of time until September 29, 2006 to respond to the Court's August 21 Order.

DATED: September 20, 2006

BOSTON SCIENTIFIC CORP.
and TARGET THERAPEUTICS, INC.

By: ____/s/_____

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SB#165493)
Julie L. Fieber (SB#202857)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Fax: (415) 986-2827

J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
Amanda M. Kessel (*Pro Hac Vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

CORDIS CORPORATION

Edward V. Anderson
Matthew T. Powers
Georgia K. Van Zanten
Teague I. Donahey
SIDLEY AUSTIN LLP
555 California St., Suite 5000
San Francisco, CA 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 397-4621

David T. Pritikin (*Pro Hac Vice*)
Hugh A. Abrams (*Pro Hac Vice*)
Lisa A. Schneider (*Pro Hac Vice*)
Stephanie P. Koh (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One S. Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

2

Eric I. Harris (Of Counsel)
CORDIS CORPORATION
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Telephone: (732) 524-2444
Facsimile: (732) 524-2788

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED

Dated: September 21, 2006   _____
Hon. James Ware
United States District Judge
Northern District of California

LIBA/1731331.1

3

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO RESPOND TO THE COURT'S AUGUST 21, 2006
ORDER RE: CLAIM CONSTRUCTION OF THE "MULTIPLY FOLDED" TERM**
Case No. C-02-1474 JW