1   [SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

2

3

4

5                         UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8   BOSTON SCIENTIFIC CORP. and              Case No.:  C02-1474-JW
    TARGET THERAPEUTICS, INC.,
9                                            **STIPULATION TO EXTEND THE TIME
                    Plaintiffs,              FOR FILING RESPONSIVE BRIEFS
10                                           REGARDING CLAIM CONSTRUCTION
         vs.                                 OF THE "ADAPTED TO" CLAIM TERM
11                                           AND [~~PROPOSED~~] ORDER**
    CORDIS CORPORATION,
12
                    Defendants.
13

14

15          Pursuant to Civil Local Rules 6-1, 6-2, 7-11 and 7-12, Plaintiffs Boston Scientific Corp.

16  and Target Therapeutics, Inc. (collectively "Boston Scientific") and Defendant Cordis Corporation

17  hereby request an order modifying the schedule for filing responsive briefs regarding claim

18  construction of the "adapted to" claim term in the '385 and '498 Guglielmi patents.

19          On October 2, 2006 the parties filed a stipulation with the Court setting forth a proposed

20  briefing and hearing schedule regarding claim construction of the "adapted to" claim term.  On

21  October 23, 2006 the parties exchanged opening briefs.  In the October 2, 2006 stipulation, the

22  parties proposed November 6, 2006 as the exchange date for responsive briefs.

23          To the parties' knowledge, the Court has not entered an order with respect to the briefing

24
25  proposed in the parties' October 2, 2006 stipulation, but the Court has set the hearing date on this

26  issue for December 5, 2006.  Accordingly, the parties request that the Court allow responsive

27

28

                                                  1

1   briefs on this issue to be exchanged no later than November 21, 2006, which is two weeks before

2   the hearing date set by the Court.

3   DATED:  November 6, 2006                          BOSTON SCIENTIFIC CORP.
4                                                     and TARGET THERAPEUTICS, INC.

5                                                     By:  ___/s/_____

6                                                     FOLGER LEVIN & KAHN LLP
                                                      Michael F. Kelleher (SB#165493)
7                                                     Julie L. Fieber (SB#202857)
                                                      Embarcadero Center West
8                                                     275 Battery Street, 23rd Floor
                                                      San Francisco, CA  94111
9                                                     Telephone:  (415) 986-2800
                                                      Fax:  (415) 986-2827
10
                                                      J. Anthony Downs (*Pro Hac Vice*)
11                                                    Roland H. Schwillinski (*Pro Hac Vice*)
                                                      Amanda M. Kessel (*Pro Hac Vice*)
12                                                    GOODWIN PROCTER LLP
                                                      Exchange Place
13                                                    Boston, Massachusetts 02109-2881
                                                      Tel: (617) 570-1000
14                                                    Fax: (617) 523-1231

15                                                    CORDIS CORPORATION
                                                      Edward V. Anderson
16                                                    Matthew T. Powers
                                                      Georgia K. Van Zanten
17                                                    Teague I. Donahey
18                                                    SIDLEY AUSTIN LLP
                                                      555 California St., Suite 5000
19                                                    San Francisco, CA 94104-1715
                                                      Telephone: (415) 772-1200
20                                                    Facsimile: (415) 397-4621

21                                                    David T. Pritikin (*Pro Hac Vice*)
22                                                    Hugh A. Abrams (*Pro Hac Vice*)
                                                      Lisa A. Schneider (*Pro Hac Vice*)
23                                                    Stephanie P. Koh (*Pro Hac Vice*)
                                                      SIDLEY AUSTIN LLP
24                                                    One S. Dearborn St.
25                                                    Chicago, IL 60603
                                                      Telephone: (312) 853-7000
26                                                    Facsimile: (312) 853-7036

27                                                    Eric I. Harris (Of Counsel)
28                                                    CORDIS CORPORATION

2

1                         One Johnson & Johnson Plaza
                            New Brunswick, NJ 08933

2                         Telephone: (732) 524-2444
                         Facsimile: (732) 524-2788

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED

Dated: __11/07/06__                           _____
                         Hon. James Ware
                         United States District Judge
                         Northern District of California

3

1

2

## SUPPORTING DECLARATION OF AMANDA M. KESSEL

3        Pursuant to Civil L.R. 6-2 I, Amanda M. Kessel, declare as follows:

4        1.      I am an associate in the law firm of Goodwin Procter LLP, a member in good

5   standing of the Bar of the Commonwealth of Massachusetts and counsel for plaintiffs Boston

6   Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific" or

7   "Plaintiffs") in the above-captioned case.  I have been admitted to practice before the Court *pro*

8   *hac vice* for purposes of this action.

9        2.      The factual representations made in the above Stipulation are true.  The parties

10  have met and conferred and agree that the schedule for the exchange of responsive briefs on the

11  claim construction of the "adapted to" claim term should be extended, as requested above.

12       3.      There have not been any prior modifications to the briefing schedule on the claim

13  construction of the "adapted to" claim term.

14

15

16       I declare under penalty of perjury under the laws of the State of California that the

17  foregoing is true and correct. Executed this 6th day of November, 2006, at Boston, Massachusetts.

18

19                                          _____/s/_____

20                                              Amanda M. Kessel

21  LIBA/1731331.1

22

23

24

25

26

27

28