[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.,<br><br>           Plaintiffs,<br><br>vs.<br><br>CORDIS CORPORATION,<br><br>           Defendants. | Case No.: C02-1474-JW<br><br>**STIPULATION REGARDING SUPPLEMENTAL BRIEFING REGARDING SUMMARY JUDGMENT ISSUES RELATED TO THE GUGLIELMI AND [PROPOSED] ORDER** |

Pursuant to the Court's instruction, Boston Scientific Corp. and Target Therapeutics, Inc. (collectively "Boston Scientific") and Defendant Cordis Corporation hereby submit a proposed schedule for filing supplemental briefs to further address issues raised during the October 25, 2006 hearing on the motions for summary judgment concerning the '385 and '498 Guglielmi patents. The parties do dispute the scope of additional briefing requested by the Court. As set forth in Boston Scientific's opening brief filed on January 12, 2007, it is Boston Scientific's understanding that the Court requested additional briefing only on "infectious unenforceability," and whether the fact that Target charged the University of California, Los Angeles a "nominal fee " to recoup manufacturing and research and development costs concerning the GDC device constitutes an invalidating "commercial sale" under 35 U.S.C. § 102(b). Cordis disagrees with Boston Scientific's position and believes that the Court requested briefing on additional issues raised concerning Cordis's contentions of (1) Inequitable Conduct; and (2) Public Use or Sale under 35

U.S.C. § 102(b). Cordis contends that the Court sought additional guidance from the parties on these topics during the course of the Hearing on October 25, 2006. See e.g. Transcript at pages 67-79 and 141- 143. Although the parties do not agree on the scope of the additional briefing (and will abide by any further instruction by the Court on this issue), the parties do agree to the following briefing schedule:

| DATE | EVENT |
| --- | --- |
| 1/12/07 | Plaintiffs filed and served supplemental brief |
| 1/26/07 | Defendant files and serves responsive brief and supplemental brief on any issues not raised by Plaintiffs |
| 2/9/07 | Plaintiffs file Reply Brief to Defendant's responsive brief and supplemental brief on any remaining issues not raised by Defendant |
| 2/16/07 | Defendant files and serves Reply Brief to Plaintiffs' supplemental brief |

The Court also instructed the parties' to submit a joint statement of facts in connection with the parties cross-motions for summary judgment of validity/invalidity of the "radio-opaque" marker claims of the '385 and '498 patents. The parties propose the following schedule:

| DATE | EVENT |
| --- | --- |
| 1/15/07 | Plaintiffs served Defendants with proposed statement of facts |
| 2/2/07 | Defendant serves Plaintiffs with counter-proposed statement of facts |
| 2/16/07 | Parties file Joint Statement of Facts indicting which facts, if any, are disputed |

DATED: January 26, 2007

BOSTON SCIENTIFIC CORP.
and TARGET THERAPEUTICS, INC.

By: ____/s/_____

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SB#165493)
Julie L. Fieber (SB#202857)
Embarcadero Center West

|     |                                                            |
| --- | ---------------------------------------------------------- |
| 1   | 275 Battery Street, 23rd Floor                  |

```
                                275 Battery Street, 23rd Floor
                                San Francisco, CA  94111
                                Telephone: (415) 986-2800
                                Fax: (415) 986-2827

                                J. Anthony Downs (Pro Hac Vice)
                                Roland H. Schwillinski (Pro Hac Vice)
                                Amanda M. Kessel (Pro Hac Vice)
                                GOODWIN PROCTER LLP
                                Exchange Place
                                Boston, Massachusetts 02109-2881
                                Tel: (617) 570-1000
                                Fax: (617) 523-1231

                                CORDIS CORPORATION
                                Edward V. Anderson
                                Matthew T. Powers
                                Georgia K. Van Zanten
                                Teague I. Donahey
                                SIDLEY AUSTIN LLP
                                555 California St., Suite 5000
                                San Francisco, CA 94104-1715
                                Telephone: (415) 772-1200
                                Facsimile: (415) 397-4621

                                David T. Pritikin (Pro Hac Vice)
                                Hugh A. Abrams (Pro Hac Vice)
                                Lisa A. Schneider (Pro Hac Vice)
                                Stephanie P. Koh (Pro Hac Vice)
                                SIDLEY AUSTIN LLP
                                One S. Dearborn St.
                                Chicago, IL 60603
                                Telephone: (312) 853-7000
                                Facsimile: (312) 853-7036

                                Eric I. Harris (Of Counsel)
                                CORDIS CORPORATION
                                One Johnson & Johnson Plaza
                                New Brunswick, NJ 08933
                                Telephone: (732) 524-2444
                                Facsimile: (732) 524-2788
```

[~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 1/30/2007                    _____
                                    Hon. James Ware
                                    United States District Judge
                                    Northern District of California

3

**STIPULATION REGARDING SUPPLEMENTAL BRIEFING REGARDING SUMMARY JUDGMENT ISSUES RELATED TO THE GUGLIELMI AND [PROPOSED] ORDER** -- Case No. C-02-1474 JW

Case 5:02-cv-01474-JW   Document 964   Filed 01/30/07   Page 3 of 3