1    [SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8                              SAN JOSE DIVISION

9    BOSTON SCIENTIFIC CORP. and          )   Case No. C02-1474-JW
     TARGET THERAPEUTICS, INC.            )
10                                         )
                                           )
11            Plaintiffs,                  )   **STIPULATED REQUEST TO FILE**
                                           )   **DOCUMENTS UNDER SEAL;**
12       v.                                )   **[PROPOSED] ORDER**
                                           )
13   CORDIS NEUROVASCULAR, INC.,           )
                                           )
14                                         )
              Defendants.                  )
15                                         )
_____    )
16

17

18           Pursuant to Civil Local Rules 7-10(b) and 7-11, Defendant Cordis Neurovascular,

19   Inc. ("Cordis") hereby requests an order permitting the following documents to be filed under seal

20   because Defendant Cordis Neurovascular, Inc. ("Cordis") or Plaintiffs, Boston Scientific

21   Corporation and Target Therapeutics, Inc. have designated information contained in the documents

22   (or exhibits thereto) as confidential:  (1) Defendant Cordis' Notice of Motion and Motion for

23   Summary Judgment of Noninfringement of Claim 16 And Asserted Dependent Claims of U.S.

24   Patent No. 6,238,415; and (2) Declaration of Matthew T. Powers in Support of Motion for Summary

25   Judgment of Noninfringement of Claim 16 and Asserted Dependent Claims of U.S. Patent No.

26   6,238,415.

27           Counsel for Plaintiffs has reviewed this stipulated request and does not object to it.

28

1    Dated:  February 7, 2007                          SIDLEY AUSTIN LLP

2

3
                                                       By:_____/s/_____
4                                                      Edward V. Anderson (SBN 83148)
                                                       Matthew T. Powers (SBN 124493)
5                                                      Georgia K. Van Zanten (SBN 116869)
                                                       Teague I. Donahey (SBN 197531)
6                                                      555 California Street
                                                       San Francisco, California  94104
7                                                      Telephone:  (415) 772-1200
                                                       Facsimile:  (415) 772-7400
8
                                                       David T. Pritikin (*Pro Hac Vice*)
9                                                      Hugh A. Abrams ((*Pro Hac Vice*)
                                                       Lisa A. Schneider (*Pro Hac Vice*)
10                                                     Stephanie P. Koh (*Pro Hac Vice*)
                                                       One S. Dearborn Street
11                                                     Chicago, Illinois  60603
                                                       Telephone:  (312) 853-7000
12                                                     Facsimile:  (312) 853-7036

13                                                     Eric I. Harris (Of Counsel)
                                                       CORDIS CORPORATION
14                                                     One Johnson & Johnson Plaza
                                                       New Brunswick, NJ  08933
15                                                     Telephone:  (732) 524-2444
                                                       Facsimile:  (732) 524-2788
16
                                                       **Attorneys for Defendant CORDIS
17                                                     CORPORATION**

18

19                                                     FOLGER LEVIN & KAHN LLP
20                                                     Michael F. Kelleher (SBN 165493)
                                                       Julie L. Fieber (SBN 202857)
21                                                     Embarcadero Center West
                                                       275 Battery Street, 23rd Floor
22                                                     San Francisco, CA 94111
                                                       Telphone: (415) 986-2800
23                                                     Fax:  (415) 986-2827]
                                                       Patrick S. Thompson (SBN 160804)
24                                                     GOODWIN PROCTER LLP
25                                                     101 California Street
                                                       San Francisco, CA 94111
26                                                     Telephone: (415) 733-6000
                                                       Facsimile: (415) 677-9041
27

28
                                                2

J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
Amanda M. Kessel (*Pro Hac Vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109 -2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
**Attorneys for Plaintiff BOSTON
SCIENTIFIC CORP. and TARGET
THERAPEUTICS, INC.**

**STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL;
[~~PROPOSED~~] ORDER - CASE No. C 02-1474-JW**

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN JOSE DIVISION

4

5    BOSTON SCIENTIFIC CORP. and        )    Case No. C02-1474-JW
     TARGET THERAPEUTICS, INC.          )
                                        )
6                                       )    [PROPOSED] ORDER GRANTING
            Plaintiffs,                 )    STIPULATED REQUEST TO FILE
7                                       )    DOCUMENTS UNDER SEAL
        v.                              )
8                                       )
     CORDIS CORPORATION                 )
9                                       )
                                        )
10          Defendants.                 )
                                        )
11    _____ )

12

13          Pursuant to stipulation, IT IS SO ORDERED.

14

15    DATED: _____ 2/12/2007 _____        By:_____

16                                              Hon. James Ware
                                                United States District Judge
17                                              Northern District of California

18

19

20

21

22

23

24

25

26

27

28

1

SF1 1447063v.2