[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION<br><br>Defendants. | Case No. C02-1474-JW<br><br>**STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 7-10(b) and 7-11, Defendant Cordis Neurovascular, Inc. ("Cordis") hereby requests an order permitting the following documents to be filed under seal because Plaintiff Boston Scientific Corporation or non-party the Regents of the University of California have designated information contained in the documents (or exhibits thereto) as confidential: (1) Defendant Cordis' Supplemental Brief Re: On-Sale/Public Use Bars and Inequitable Conduct; and Response to Plaintiffs' Supplemental Brief filed January 12, 2007; and (2) Declaration of Matthew T. Powers in Support of Supplemental Brief Re: On-Sale/Public Use Bars and Inequitable Conduct; and Response to Plaintiffs' Supplemental Brief filed January 12, 2007.

Counsel for Plaintiffs has reviewed this stipulated request and does not object to it.

Dated:  January 26, 2007                          SIDLEY AUSTIN LLP


By:_____/s/_____
Edward V. Anderson (SBN 83148)
Matthew T. Powers (SBN 124493)
Georgia K. Van Zanten (SBN 116869)
Teague I. Donahey (SBN 197531)
555 California Street
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
Hugh A. Abrams ((*Pro Hac Vice*)
Lisa A. Schneider (*Pro Hac Vice*)
Stephanie P. Koh (*Pro Hac Vice*)
One S. Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Eric I. Harris (Of Counsel)
CORDIS CORPORATION
One Johnson & Johnson Plaza
New Brunswick, NJ  08933
Telephone:  (732) 524-2444
Facsimile:  (732) 524-2788

**Attorneys for Defendant CORDIS CORPORATION**


FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SBN 165493)
Julie L. Fieber (SBN 202857)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telphone: (415) 986-2800
Fax:  (415) 986-2827]
Patrick S. Thompson (SBN 160804)
GOODWIN PROCTER LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

2

**STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER - CASE No. C 02-1474-JW**

1
2
3
4
5
6
7

J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
Amanda M. Kessel (*Pro Hac Vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109 -2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
**Attorneys for Plaintiff BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.**

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL; [~~PROPOSED~~] ORDER - CASE No. C 02-1474-JW**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.<br><br>           Plaintiffs,<br><br>     v.<br><br>CORDIS CORPORATION<br><br>           Defendants. | Case No. C02-1474-JW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to stipulation, IT IS SO ORDERED.

DATED: ___2/12/2007_____    By:___*/s/ James Ware*_____
                                    Hon. James Ware
                                    United States District Judge
                                    Northern District of California

---

4

[**PROPOSED**] **ORDER GRANTING STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL - CASE NO. C 02-1474-JW**

SF1 1447063v.2