[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CORDIS CORPORATION, <br><br> Defendant. | Case No.:  C 02 1474 (JW) <br><br> **STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE BOSTON SCIENTIFIC'S FURTHER SUPPLEMENTAL BRIEF REGARDING (1) "INFECTIOUS UNFORCEABILITY" AND (2) ON SALE BAR ISSUES UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 and 7-11, Plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. ("Boston Scientific") and Defendant Cordis Corporation ("Cordis") hereby request that the Court file Boston Scientific's Further Supplemental Brief Regarding (1) "Infectious Unenforceability" and (2) On Sale Bar Issues under seal.  Boston Scientific submits this Miscellaneous Administrative Request in support of this request to file this brief under seal.

Boston Scientific's Supplemental Brief has been designated confidential under the Protective Order, as it contains proprietary information from Boston Scientific .

Accordingly, the parties request that the Court grant this Miscellaneous Administrative Request, and file Boston Scientific's Further Supplemental Brief Regarding (1) "Infectious Unenforceability" and (2) On Sale Bar Issues under seal under seal.  A Proposed Order granting this request is submitted herewith.

Pursuant to General Order 45, § X(B), counsel for Boston Scientific attest under penalty of perjury that counsel for Cordis concurs in the filing of this stipulation.

DATED: February 9, 2007

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and<br>TARGET THERAPEUTICS, INC. | CORDIS CORPORATION |
| By:  /s/ *Allison H. Stiles* <br>FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (Bar No. 165493)<br>Julie L. Fieber (Bar No. 202857)<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone:  415-986-2800<br>Fax:  415-986-2827<br><br>J. Anthony Downs (*Pro Hac Vice*)<br>Roland H. Schwillinski (*Pro Hac Vice*)<br>Allison H. Stiles (*Pro Hac Vice*)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA  02109-2881<br>Telephone:  617-570-1000<br>Fax:  617-570-1231<br>Attorneys for Plaintiff | By:  /s/ *Edward Anderson* <br>SIDLEY AUSTIN BROWN & WOOD LLP<br>Edward Anderson (Bar No. 83148)<br>Matthew Powers (Bar No. 124493)<br>Georgia K. Van Zanten (Bar No. 116869)<br>Teague Donahey (Bar No. 197531)<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 772-1200<br>Fax:  650-802-3100 |

2

**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE  BOSTON SCIENTIFIC'S FURTHER SUPPLEMENTAL BRIEF UNDER SEAL  -**  Case No. C-02-1471 JW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>CORDIS CORPORATION,<br><br>Defendant. | Case No.:  C 02-01474-JW <br><br>[PROPOSED] ORDER GRANTING STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE BOSTON SCIENTIFICS' FURTHER SUPPLEMENTAL BRIEF REGARDING (1) "INFECTIOUS UNFORCEABILITY" AND (2) ON SALE BAR ISSUES UNDER SEAL |

Pursuant to Plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc.'s Miscellaneous Administrative Request, Boston Scientific's Further Supplemental Brief Regarding (1) "Infectious Unenforceability" and (2) On Sale Bar Issues under seal under seal shall be filed under seal and not placed in the public file in this action:

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: ___2/14___, 2007          _____
Hon. James Ware
United States District Judge
Northern District of California

1  LIBA/1764348.1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIBA/1764348.1

1    02-01474
[PROPOSED] ORDER- Case No. C-04-04072 JW