[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CORDIS CORPORATION, <br><br> Defendants. | Case No.: C02-1474-JW <br><br> **STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rules 7-10(b) and 7-11, Plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific") hereby request an order permitting the following document to be filed under seal because Boston Scientific or non-party the Regents of the University of California have designated information contained in the documents as confidential: Boston Scientific's Supplemental Brief Regarding (1) "Infectious Unenforceability" and (2) On Sale Bar Issues.

Counsel for Cordis has reviewed this stipulated request and does not object to it.

DATED: January 12, 2007                BOSTON SCIENTIFIC CORP.
                                       and TARGET THERAPEUTICS, INC.

                                       By: _____/s/_____

                                       FOLGER LEVIN & KAHN LLP
                                       Michael F. Kelleher (SB#165493)
                                       Julie L. Fieber (SB#202857)
                                       Embarcadero Center West
                                       275 Battery Street, 23rd Floor
                                       San Francisco, CA  94111

| | |
|---|---|
| 1 | Telephone: (415) 986-2800 |
| | Fax: (415) 986-2827 |
| 2 | |
| | Patrick S. Thompson (SB# 160804) |
| 3 | <pthompson@goodwinprocter.com> |
| | GOODWIN PROCTER LLP |
| 4 | 101 California Street |
| | San Francisco, CA 94111 |
| 5 | Tel: (415) 733-6000 |
| | Fax: (415) 677-9041 |
| 6 | |
| | J. Anthony Downs (*Pro Hac Vice*) |
| 7 | Roland H. Schwillinski (*Pro Hac Vice*) |
| | Amanda M. Kessel (*Pro Hac Vice*) |
| 8 | GOODWIN PROCTER LLP |
| | Exchange Place |
| 9 | Boston, Massachusetts 02109-2881 |
| | Tel: (617) 570-1000 |
| 10 | Fax: (617) 523-1231 |
| 11 | CORDIS CORPORATION |
| | Edward V. Anderson |
| 12 | Matthew T. Powers |
| | Georgia K. Van Zanten |
| 13 | Teague I. Donahey |
| 14 | SIDLEY AUSTIN LLP |
| | 555 California St., Suite 5000 |
| 15 | San Francisco, CA 94104-1715 |
| | Telephone: (415) 772-1200 |
| 16 | Facsimile: (415) 397-4621 |
| 17 | |
| | David T. Pritikin (*Pro Hac Vice*) |
| 18 | Hugh A. Abrams (*Pro Hac Vice*) |
| | Lisa A. Schneider (*Pro Hac Vice*) |
| 19 | Stephanie P. Koh (*Pro Hac Vice*) |
| | SIDLEY AUSTIN LLP |
| 20 | One S. Dearborn St. |
| 21 | Chicago, IL 60603 |
| | Telephone: (312) 853-7000 |
| 22 | Facsimile: (312) 853-7036 |
| 23 | Eric I. Harris (Of Counsel) |
| | CORDIS CORPORATION |
| 24 | One Johnson & Johnson Plaza |
| 25 | New Brunswick, NJ 08933 |
| | Telephone: (732) 524-2444 |
| 26 | Facsimile: (732) 524-2788 |
| 27 | |
| 28 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CORDIS CORPORATION, <br><br> Defendants. | Case No.: C02-1474-JW <br><br> [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO FILE DOCUMENT UNDER SEAL |

Pursuant to stipulation, IT IS SO ORDERED

Dated: ___2/14__, 2007

_____
Hon. James Ware
United States District Judge
Northern District of California

LIBA/1757567.1