1  [SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CORDIS CORPORATION, <br><br> Defendant. | Case No.: C 02 1474 (JW) <br><br> **STIPULATION REGARDING AMENDED SCHEDULE FOR PARTIES' JOINT STATEMENT OF FACTS RELATED TO CROSS-MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** |

Boston Scientific Corporation and Target Therapeutics, Inc. and Defendant Cordis Corporation hereby submit a proposed amended schedule jointly requesting a one week extension for filing their Joint Statement of Facts in connection with the parties' cross-motions for summary judgment of validity/invalidity of the "radioopaque" marker claims of the '385 and '498 patents. Under the parties' original Stipulation and this Court's Order, dated January 30, 2007, the deadline to file the Joint Statement of Facts is February 16, 2007. The parties are, however, continuing to finalize the Joint Statement and require an additional week to allow the parties adequate time to complete the statement. Accordingly, the parties request a new filing deadline of February 23, 2007.

DATED: February 15, 2007

1

**STIPULATION REGARDING AMENDED SCHEDULE FOR PARTIES' JOINT STATEMENT OF FACTS AND [PROPOSED] ORDER** - Case No. C-02-1471 JW

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and<br>TARGET THERAPEUTICS, INC. | CORDIS CORPORATION |
| By:   /s/ *Allison H. Stiles*<br>FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (Bar No. 165493)<br>Julie L. Fieber (Bar No. 202857)<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415-986-2800<br>Fax: 415-986-2827<br><br>GOODWIN PROCTER LLP<br>J. Anthony Downs (*Pro Hac Vice*)<br>Roland H. Schwillinski (*Pro Hac Vice*)<br>Allison H. Stiles (*Pro Hac Vice*)<br>Exchange Place<br>Boston, MA 02109-2881<br>Telephone: 617-570-1000<br>Fax: 617-570-1231<br>Attorneys for Plaintiff | By:   /s/ *Matthew Powers*<br>SIDLEY AUSTIN LLP<br>Edward Anderson (Bar No. 83148)<br>Matthew Powers (Bar No. 124493)<br>Georgia K. Van Zanten (Bar No. 116869)<br>Teague Donahey (Bar No. 197531)<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 772-1200<br>Fax: 650-802-3100<br><br>SIDLEY AUSTIN LLP<br>David T. Pritikin (*Pro Hac Vice*)<br>Hugh A. Abrams (*Pro Hac Vice*)<br>Lisa A. Schneider (*Pro Hac Vice*)<br>Stephanie P. Koh (*Pro Hac Vice*)<br>One S. Dearborn St.<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>CORDIS CORPORATION<br>Eric I. Harris (Of Counsel)<br>One Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>Telephone (732) 524-2444<br>Facsimile: (732) 524-2788 |

1
2                              **[PROPOSED] ORDER**
3      Pursuant to Stipulation, IT IS SO ORDERED.
4   Dated: __Feb 16__, 2007          _____
5                                    Hon. James Ware
                                     United States District Judge
6                                    Northern District of California
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
**STIPULATION REGARDING AMENDED SCHEDULE FOR PARTIES' JOINT STATEMENT OF FACTS AND [PROPOSED] ORDER** - Case No. C-02-1471 JW

LIBA/1765479.1