[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS NEUROVASCULAR, INC.,<br><br>Defendants. | Case No. C02-1474-JW<br><br>**STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 7-10(b) and 7-11, Defendant Cordis Neurovascular, Inc. ("Cordis") hereby requests an order permitting the following documents to be filed under seal because Defendant Cordis Neurovascular, Inc. ("Cordis") or Plaintiffs, Boston Scientific Corporation and Target Therapeutics, Inc., or third party U.C. Regents, have designated information contained in the documents (or exhibits thereto) as confidential: (1) Defendant Cordis' Reply to Boston Scientific's Further Supplemental Brief Filed February 9, 2007; and (2) Declaration of Matthew T. Powers in Support of Defendant Cordis' Reply to Boston Scientific's Further Supplemental Brief Filed February 9, 2007.

Counsel for Plaintiffs has reviewed this stipulated request and does not object to it.

Dated: February 16, 2007

SIDLEY AUSTIN LLP

By: _____/s/_____
Edward V. Anderson (SBN 83148)
Matthew T. Powers (SBN 124493)
Georgia K. Van Zanten (SBN 116869)
Teague I. Donahey (SBN 197531)
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
Hugh A. Abrams ((*Pro Hac Vice*)
Lisa A. Schneider (*Pro Hac Vice*)
Stephanie P. Koh (*Pro Hac Vice*)
One S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Eric I. Harris (Of Counsel)
CORDIS CORPORATION
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Telephone: (732) 524-2444
Facsimile: (732) 524-2788

**Attorneys for Defendant CORDIS NEUROVASCULAR, INC.**

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SBN 165493)
Julie L. Fieber (SBN 202857)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telphone: (415) 986-2800
Fax: (415) 986-2827]
Patrick S. Thompson (SBN 160804)
GOODWIN PROCTER LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

**STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL;
[PROPOSED] ORDER - CASE No. C 02-1474-JW**

1
2          J. Anthony Downs (*Pro Hac Vice*)
           Roland H. Schwillinski (*Pro Hac Vice*)
3          Amanda M. Kessel (*Pro Hac Vice*)
           GOODWIN PROCTER LLP
4          Exchange Place
           Boston, Massachusetts 02109 -2881
5          Telephone: (617) 570-1000
           Facsimile: (617) 523-1231
6          **Attorneys for Plaintiff BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL;**
**[PROPOSED] ORDER - Case No. C 02-1474-JW**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CORDIS CORPORATION<br><br>　　　　Defendants. | Case No. C02-1474-JW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to stipulation, IT IS SO ORDERED.

DATED: __2/21/2007__　　　　　　By:　_/s/ James Ware_　　　　　
　　　　　　　　　　　　　　　　　　　Hon. James Ware
　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　Northern District of California

1

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL - CASE NO. C 02-1474-JW**

SF1 1447063v.2