1  [SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC. | Case No. C02-1474-JW |
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE HEARING DATE AND CHANGE BRIEFING SCHEDULE RE: MOTION FOR SUMMARY JUDGMENT RE: '415 PATENT AND MOTION TO STRIKE; [PROPOSED] ORDER** |
| v. | |
| CORDIS NEUROVASCULAR, INC., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-7, Plaintiffs Boston Scientific Corp. and Target Therapeutics, Inc. ("Plaintiffs"), Defendant Cordis Neurovascular, Inc. ("Defendant") hereby respectfully request an order continuing two pending hearing dates and modifying the briefing schedule with respect to a pending motion. This motion is made to accommodate the schedule of the parties and counsel. Boston Scientific's lead counsel will be in trial in another matter on the day that the motions are currently scheduled to be heard. First, the parties request that Cordis' Motion for Summary Judgment of Noninfringement of Claim 16 and Asserted Dependent Claims of U.S. Patent No. 6,238,415 filed on February 7, 2007 (the "'415 Motion"), originally noticed for hearing on March 22, 2007 at 10:00 a.m., be continued to ~~April 30, 2007 at 9:00 a.m.~~ **May 4 2007 @ 9:00 AM**. Second, the parties request that Cordis' Motion to Strike the Declaration of Dr. Gary Duckwiler Submitted in Support of

---

STIPULATED REQUEST TO CONTINUE HEARING DATE AND CHANGE BRIEFING SCHEDULE RE: MOTION FOR SUMMARY JUDGMENT RE: MOTION TO STRIKE; [~~PROPOSED~~] ORDER - Case No. C 02-1474-JW

1  Plaintiffs' Supplemental Brief filed on January 29, 2007 (the "Motion to Strike"), originally noticed

2  for hearing on March 22, 2007 at 10:00 a.m., be continued to ~~April XX, 2007 at X:XX X.M.~~ **May 4 2007 @ 9:00 AM**, to

3  coincide with the hearing date of the '415 Motion.  Third, the parties have agreed, and request an

4  order confirming, that (a) Plaintiffs' opposition to the '415 motion will be filed and served on or

5  before ~~March XX, XXXX~~ **March 30 2007**; and (b) Defendant's reply to Plaintiffs' opposition to the '415 motion will be

6  filed and served on or before ~~April XX, XXXX~~ **April 20 2007**.

7              Counsel for Plaintiffs has reviewed this stipulated request and does not object to it.

10  Dated:  March 2, 2007                                 SIDLEY AUSTIN LLP

12                                                       By:            /s/
                                                         Edward V. Anderson (SBN 83148)
13                                                       Matthew T. Powers (SBN 124493)
                                                         Georgia K. Van Zanten (SBN 116869)
14                                                       Teague I. Donahey (SBN 197531)
                                                         555 California Street
15                                                       San Francisco, California  94104
                                                         Telephone:  (415) 772-1200
16                                                       Facsimile:  (415) 772-7400

17                                                       David T. Pritikin (*Pro Hac Vice*)
                                                         Hugh A. Abrams ((*Pro Hac Vice*)
18                                                       Lisa A. Schneider (*Pro Hac Vice*)
                                                         Stephanie P. Koh (*Pro Hac Vice*)
19                                                       One S. Dearborn Street
                                                         Chicago, Illinois  60603
20                                                       Telephone:  (312) 853-7000
                                                         Facsimile:  (312) 853-7036

22                                                       Eric I. Harris (Of Counsel)
                                                         CORDIS CORPORATION
23                                                       One Johnson & Johnson Plaza
                                                         New Brunswick, NJ  08933
24                                                       Telephone:  (732) 524-2444
                                                         Facsimile:  (732) 524-2788

25
                                                         **Attorneys for Defendant CORDIS**
26                                                       **NEUROVASCULAR, INC.**

| | |
|---|---|
| 1 | FOLGER LEVIN & KAHN LLP |
| 2 | Michael F. Kelleher (SBN 165493) |
|   | Julie L. Fieber (SBN 202857) |
| 3 | Embarcadero Center West |
|   | 275 Battery Street, 23rd Floor |
| 4 | San Francisco, CA 94111 |
|   | Telphone: (415) 986-2800 |
| 5 | Fax:  (415) 986-2827] |
|   | Patrick S. Thompson (SBN 160804) |
| 6 | GOODWIN PROCTER LLP |
| 7 | 101 California Street |
|   | San Francisco, CA 94111 |
| 8 | Telephone: (415) 733-6000 |
|   | Facsimile: (415) 677-9041 |
| 9 | |
| 10 | J. Anthony Downs (*Pro Hac Vice*) |
|    | Roland H. Schwillinski (*Pro Hac Vice*) |
| 11 | Amanda M. Kessel (*Pro Hac Vice*) |
|    | GOODWIN PROCTER LLP |
| 12 | Exchange Place |
|    | Boston, Massachusetts 02109 -2881 |
| 13 | Telephone: (617) 570-1000 |
|    | Facsimile: (617) 523-1231 |
| 14 | **Attorneys for Plaintiff BOSTON** |
|    | **SCIENTIFIC CORP. and TARGET** |
| 15 | **THERAPEUTICS, INC.** |

3

**STIPULATED REQUEST TO CONTINUE HEARING DATE AND CHANGE BRIEFING SCHEDULE RE: MOTION FOR SUMMARY JUDGMENT RE: MOTION TO STRIKE; [PROPOSED] ORDER  -  CASE NO. C 02-1474-JW**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS NEUROVASCULAR, INC.<br><br>Defendants. | Case No. C02-1474-JW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATES AND MODIFY BRIEFING SCHEDULE** |

Pursuant to stipulation, IT IS SO ORDERED. The Motion for Summary Judgment on the Noninfringement Claim 16 and Motion to Stike Declaration shall be heard on May 4, 2007 at 9:00 AM. All other dates are modified as ordered.

DATED: ___3/6/2007_____     By:_____
                                                                Hon. James Ware
                                                                United States District Judge
                                                                Northern District of California

SF1 1450060v.1

1

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATES AND MODIFY BRIEFING SCHEDULE - CASE NO. C 02-1474-JW