1   [SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8                               SAN JOSE DIVISION

9   BOSTON SCIENTIFIC CORP. and          )   Case No. C02-1474-JW
    TARGET THERAPEUTICS, INC.            )
10                                        )
                                          )
11              Plaintiffs,               )   **STIPULATED REQUEST TO FILE**
                                          )   **DOCUMENTS UNDER SEAL;**
12        v.                              )   **[PROPOSED] ORDER**
                                          )
13   CORDIS NEUROVASCULAR, INC.,          )
                                          )
14                                        )
                                          )
15              Defendants.               )
                                          )
16   _____ )

17

18          Pursuant to Civil Local Rules 7-10(b) and 7-11, Plaintiffs Boston Scientific Corp. and

19   Target Therapeutics, Inc. ("Plaintiffs"), and Defendant Cordis Neurovascular, Inc. ("Defendant")

20   hereby request an order permitting the following document to be filed under seal because Plaintiffs,

21   Defendant, or third party U.C. Regents, have designated information contained in the document (or

22   exhibits referenced in the document) as confidential:  Joint Statement of Facts Regarding

23   Radiopaque Marker Claims.

24          Counsel for Plaintiffs has reviewed this stipulated request and does not object to it.

25

26

27

28

1    Dated:  February 23, 2007

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIDLEY AUSTIN LLP


By:_____/s/_____
Edward V. Anderson (SBN 83148)
Matthew T. Powers (SBN 124493)
Georgia K. Van Zanten (SBN 116869)
Teague I. Donahey (SBN 197531)
555 California Street
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
Hugh A. Abrams ((*Pro Hac Vice*)
Lisa A. Schneider (*Pro Hac Vice*)
Stephanie P. Koh (*Pro Hac Vice*)
One S. Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Eric I. Harris (Of Counsel)
CORDIS CORPORATION
One Johnson & Johnson Plaza
New Brunswick, NJ  08933
Telephone:  (732) 524-2444
Facsimile:  (732) 524-2788

**Attorneys for Defendant CORDIS
NEUROVASCULAR, INC.**


FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SBN 165493)
Julie L. Fieber (SBN 202857)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telphone: (415) 986-2800
Fax:  (415) 986-2827]
Patrick S. Thompson (SBN 160804)
GOODWIN PROCTER LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

**STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL;
[PROPOSED] ORDER - CASE No. C 02-1474-JW**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
Amanda M. Kessel (*Pro Hac Vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109 -2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
**Attorneys for Plaintiff BOSTON
SCIENTIFIC CORP. and TARGET
THERAPEUTICS, INC.**

STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL;
[PROPOSED] ORDER - CASE No. C 02-1474-JW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC. | ) ) ) | Case No. C02-1474-JW |
| Plaintiffs, | ) ) ) | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | ) ) | |
| CORDIS CORPORATION | ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____ 3/07/2007 _____          By:_____

Hon. James Ware
United States District Judge
Northern District of California

1

SF1 1449464v.1