FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SB#165493)
Julie L. Fieber (SB#202857)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:  (415) 986-2800
Fax:  (415) 986-2827

GOODWIN PROCTER LLP
J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
Michael G. Strapp  (*Pro Hac Vice*)
Exchange Place
Boston, Massachusetts 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

Attorneys for Plaintiffs
BOSTON SCIENTIFIC CORP.
and TARGET THERAPEUTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CORDIS CORPORATION, <br><br> Defendant. | Case No.:  C02-1474-JW (RS) <br><br> **STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO DEFENDANT CORDIS'S MOTION FOR SUMMARY JUDGMENT OF THE '415 PATENT AND CROSS-MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND EXHIBITS 4-11 TO THE DECLARATION OF MICHAEL G. STRAPP IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CORDIS'S MOTION FOR SUMMARY JUDGMENT OF THE '415 PATENT AND CROSS-MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Pursuant to Civil Local Rules 79-5 and 7-11, Plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. ("Boston Scientific") hereby request that the Court file under seal Plaintiffs' Opposition to Defendant Cordis's Motion for Summary Judgment of the '415 Patent

and Cross-Motion for Leave to File Motion for Reconsideration, as well as Exhibits 4-11 to the Declaration of Michael G. Strapp in Support of Plaintiffs' Opposition to Defendant Cordis's Motion for Summary Judgment of the '415 Patent and Cross-Motion for Leave to File Motion for Reconsideration.

Exhibits 4-11 have been designated by Cordis as "Confidential" pursuant to the Protective Order in this case. Similarly, Plaintiffs' Opposition and Cross-Motion refers to material that Cordis has designated as "Confidential" pursuant to the Protective Order. Accordingly, Boston Scientific requests that the Court grant this Miscellaneous Administrative Request, and file Plaintiffs' Opposition and Exhibits 4-11 to the Declaration of Michael G. Strapp under seal. A Proposed Order granting this request is submitted herewith.

Cordis's counsel has reviewed this stipulated request and does not object to it.

DATED: March 30, 2007

    BOSTON SCIENTIFIC CORP.
    and TARGET THERAPEUTICS, INC.

    By: /s/ Michael G. Strapp

    FOLGER LEVIN & KAHN LLP
    Michael F. Kelleher (SB#165493)
    Julie L. Fieber (SB#202857)
    Embarcadero Center West
    275 Battery Street, 23rd Floor
    San Francisco, CA  94111
    Tel:  (415) 986-2800
    Fax:  (415) 986-2827

    J. Anthony Downs (*Pro Hac Vice*)
    Roland H. Schwillinski (*Pro Hac Vice*)
    Michael G. Strapp (*Pro Hac Vice*)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, Massachusetts 02109-2881
    Tel: (617) 570-1000
    Fax: (617) 523-1231

    CORDIS CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

Edward V. Anderson
Matthew T. Powers
Georgia K. Van Zanten
Teague I. Donahey
SIDLEY AUSTIN LLP
555 California St., Suite 5000
San Francisco, CA 94104-1715
Tel: (415) 772-1200
Fax: (415) 397-4621

David T. Pritikin (*Pro Hac Vice*)
Hugh A. Abrams (*Pro Hac Vice*)
Lisa A. Schneider (*Pro Hac Vice*)
Stephanie P. Koh (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
One S. Dearborn St.
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Eric I. Harris (Of Counsel)
CORDIS CORPORATION
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Tel: (732) 524-2444
Fax: (732) 524-2788

17
18
19
20
21
22
23
24
25
26
27
28

**MISCELLANEOUS ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER – CASE NO. C 02 1474 JW**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CORDIS CORPORATION,<br><br>Defendants. | Case No.: C02-1474-JW<br><br>[~~PROPOSED~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL |

Pursuant to Plaintiffs Boston Scientific Corp.'s and Target Therapeutics, Inc.'s Stipulated Miscellaneous Administrative Request, Plaintiffs' Opposition to Defendant Cordis's Motion for Summary Judgment of the '415 Patent and Cross-Motion for Leave to File Motion for Reconsideration and Exhibits 4-12 to the Declaration of Michael G. Strapp in Support of Plaintiffs' Opposition to Defendant Cordis's Motion for Summary Judgment of the '415 Patent and Cross-Motion for Leave to File Motion for Reconsideration shall be filed under seal and not placed in the public file in this action.

Pursuant to stipulation, IT IS SO ORDERED

Dated: ___April 11_, 2007      _____
                                Hon. James Ware
                                United States District Judge
                                Northern District of California

LIBA/1778136.1