1  FOLGER LEVIN & KAHN LLP
   Michael F. Kelleher (SB#165493)
2  Julie L. Fieber (SB#202857)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone:  (415) 986-2800
   Fax:  (415) 986-2827
5
   GOODWIN PROCTER LLP
6  J. Anthony Downs (*Pro Hac Vice*)
   Roland H. Schwillinski (*Pro Hac Vice*)
7  Michael G. Strapp  (*Pro Hac Vice*)
   Exchange Place
8  Boston, Massachusetts 02109-2881
   Tel: (617) 570-1000
9  Fax: (617) 523-1231

10 Attorneys for Plaintiffs
   BOSTON SCIENTIFIC CORP.
11 and TARGET THERAPEUTICS, INC.

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 BOSTON SCIENTIFIC CORP. and          Case No.:  C02-1474-JW (RS)
   TARGET THERAPEUTICS, INC.,
16                                       **STIPULATED MISCELLANEOUS**
                  Plaintiffs,            **ADMINISTRATIVE REQUEST TO FILE**
17                                       **UNDER SEAL PLAINTIFFS'**
          vs.                            **[CORRECTED] OPPOSITION TO**
18                                       **DEFENDANT CORDIS'S MOTION FOR**
   CORDIS CORPORATION,                   **SUMMARY JUDGMENT OF THE '415**
19                                       **PATENT AND CROSS-MOTION FOR**
                  Defendant.             **LEAVE TO FILE MOTION FOR**
20                                       **RECONSIDERATION**

21        Pursuant to Civil Local Rules 79-5 and 7-11, Plaintiffs Boston Scientific Corporation and

22 Target Therapeutics, Inc. ("Boston Scientific") hereby request that the Court file under seal

23 Plaintiffs' [Corrected] Opposition to Defendant Cordis's Motion for Summary Judgment of the

24 '415 Patent and Cross-Motion for Leave to File Motion for Reconsideration.  Plaintiffs'

25 [Corrected] Opposition to Defendant Cordis's Motion for Summary Judgment of the '415 Patent

26 and Cross-Motion for Leave to File Motion for Reconsideration corrects Plaintiffs' Opposition to

27

28 Defendant Cordis's Motion for Summary Judgment of the '415 Patent and Cross-Motion for

                                         1

1   Leave to File Motion for Reconsideration, which was filed under seal, by adding the proper table

2   of contents and table of authorities.  No other changes were made.

3
        Plaintiffs' [Corrected] Opposition and Cross-Motion refers to material that Cordis has
4
    designated as "Confidential" pursuant to the Protective Order.  Accordingly, Boston Scientific
5
6   requests that the Court grant this Miscellaneous Administrative Request, and file Plaintiffs'

7   [Corrected] Opposition and Cross-Motion under seal.  A Proposed Order granting this request is

8   submitted herewith.

9
        Cordis's counsel has reviewed this stipulated request and does not object to it.
10

11      DATED:  April 2, 2007
                                        BOSTON SCIENTIFIC CORP.
12                                      and TARGET THERAPEUTICS, INC.

13                                      By:  /s/ Michael G. Strapp

14
                                        FOLGER LEVIN & KAHN LLP
15                                      Michael F. Kelleher (SB#165493)
                                        Julie L. Fieber (SB#202857)
16                                      Embarcadero Center West
                                        275 Battery Street, 23rd Floor
17                                      San Francisco, CA  94111
                                        Tel:  (415) 986-2800
18                                      Fax:  (415) 986-2827

19                                      J. Anthony Downs (*Pro Hac Vice*)
20                                      Roland H. Schwillinski (*Pro Hac Vice*)
                                        Michael G. Strapp (*Pro Hac Vice*)
21                                      GOODWIN PROCTER LLP
                                        Exchange Place
22                                      Boston, Massachusetts 02109-2881
                                        Tel: (617) 570-1000
23                                      Fax: (617) 523-1231

24                                      CORDIS CORPORATION
                                        Edward V. Anderson
25                                      Matthew T. Powers
                                        Georgia K. Van Zanten
26                                      Teague I. Donahey
                                        SIDLEY AUSTIN LLP
27                                      555 California St., Suite 5000
                                        San Francisco, CA 94104-1715
28

                                        2

1
Tel: (415) 772-1200
Fax: (415) 397-4621

2

3
David T. Pritikin (*Pro Hac Vice*)
Hugh A. Abrams (*Pro Hac Vice*)

4
Lisa A. Schneider (*Pro Hac Vice*)
Stephanie P. Koh (*Pro Hac Vice*)

5
SIDLEY AUSTIN LLP
One S. Dearborn St.

6
Chicago, IL 60603
Tel: (312) 853-7000

7
Fax: (312) 853-7036

8

9
Eric I. Harris (Of Counsel)
CORDIS CORPORATION

10
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

11
Tel: (732) 524-2444
Fax: (732) 524-2788

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

BOSTON SCIENTIFIC CORP. and
TARGET THERAPEUTICS, INC.,

                Plaintiffs,

    vs.

CORDIS CORPORATION,

                Defendants.

Case No.:  C02-1474-JW

**[PROPOSED] ORDER GRANTING
MISCELLANEOUS ADMINISTRATIVE
REQUEST TO FILE DOCUMENT UNDER
SEAL**

9

10

11

12

13

14

     Pursuant to Plaintiffs Boston Scientific Corp.'s and Target Therapeutics, Inc.'s Stipulated

Miscellaneous Administrative Request, Plaintiffs' [Corrected] Opposition to Defendant Cordis's

Motion for Summary Judgment of the '415 Patent and Cross-Motion for Leave to File Motion for

Reconsideration shall be filed under seal and not placed in the public file in this action.

15

     Pursuant to stipulation, IT IS SO ORDERED

16

17

18

19

Dated:  __April 11__, 2007

                            _____
                            Hon. James Ware
                            United States District Judge
                            Northern District of California

20

LIBA/1778760.1

21

22

23

24

25

26

27

28