LYNN H. PASAHOW (CSB No. 054283) (lpasahow@fenwick.com)
CHARLENE M. MORROW (CSB No. 136411) (cmorrow@fenwick.com)
MICHAEL J. SHUSTER (CSB No. 191611) (mshuster@fenwick.com)
PATRICK E. PREMO (CSB No. 184915) (ppremo@fenwick.com)
C. J. ALICE CHUANG (CSB No. 228556) (achuang@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

CHARLES F. ROBINSON (CSB No. 113197) (charles.robinson@ucop.edu)
P. MARTIN SIMPSON (CSB No. 122867) (marty.simpson@ucop.edu)
RITA HAO (CSB No. 191693) (rita.hao@ucop.edu)
UNIVERSITY OF CALIFORNIA
1111 Franklin Street, 8th Floor
Oakland, CA  94607
Telephone:   (510) 987-9800
Facsimile:    (510) 987-9757

Attorneys for Plaintiff/Counterdefendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>        Plaintiff,<br><br>        v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, DENDRON GmbH, a German corporation, and ev3 INC., a Delaware corporation,<br><br>        Defendants, | Case No. C 03 05669 JW (RS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE TECHNICAL EXPERT REBUTTAL AND REPLY DEADLINES**<br><br>[CIV. L. R. 6-2, 7-12] |
| MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>        Third Party Plaintiffs,<br><br>        v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>        Third Party Defendants | |

JT. STIP. & [PROP.] ORD. TO MOVE TECHNICAL
EXPERT DEADLINES

CASE NO. C 03 05669 JW (RS)

1   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Counterdefendant The Regents of
2   the University of California ("The Regents"), Defendants and Third Party Plaintiffs Micro
3   Therapeutics, Inc., Dendron GmbH and ev3 Inc. (collectively "MTI"), and Third Party Defendants
4   Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific")
5   hereby stipulate and jointly request the following modification to expert deadlines.

6   The proposed schedule advances by one day the deadline for rebuttal and reply reports by
7   the parties' technical experts, specifically Dr. Gary Nesbit, M.D., for The Regents, and Mr. Mark
8   Ritchart, on behalf of MTI. All other expert deadlines, including the deadline to complete expert
9   discovery, remain in place. The reason for the one day extension was to accommodate a
10  scheduling conflict with The Regents' technical expert. *See* accompanying Declaration of Patrick
11  Premo filed in support of this stipulation ("Premo Decl.") ¶ 2. The Regents has already served Dr.
12  Nesbit's rebuttal report on June 12, 2007. The parties have agreed that Mr. Ritchart's reply report
13  can be served on **June 26, 2007**, rather than the original date of June 25, 2007, to ensure that MTI
14  has the full two-week period to respond. (*Id.*)

15  The Court and parties have made limited adjustments to fact and expert discovery in
16  stipulations or orders filed on June 27, 2006 (Dkt. 344), January 12, 2007 (Dkt. 385), March 29,
17  2007 (Dkt. 532), May 1, 2007 (Dkt. 622), and May 10, 2007 (Dkt. 636). The proposed
18  modification will not impact hearing dates for scheduled motions for summary judgment, will not
19  alter any other expert or pretrial deadlines, and will not move the trial date, which is currently set
20  for October 16, 2007. (Premo Decl. ¶ 3.)

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

JT. STIP. & [PROP.] ORD. TO MOVE TECHNICAL EXPERT DEADLINES       - 1 -       CASE NO. C 03 05669 JW (RS)

| | | |
|---|---|---|
| Dated: June 14, 2007 | By: | **/s/ Patrick E. Premo** |
| | | Lynn H. Pasahow (SBN 054283) |
| | | Charlene M. Morrow (SBN 136411) |
| | | Patrick E. Premo (SBN 184915) |
| | | FENWICK & WEST LLP |
| | | Attorneys for Plaintiff/Counterdefendant |
| | | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |
| Dated: June 14, 2007 | By: | **/s/ Michelle Umberger** |
| | | John S. Skilton (*Pro Hac Vice*) |
| | | Michelle M. Umberger (*Pro Hac Vice*) |
| | | HELLER EHRMAN LLP |
| | | Attorneys for Defendants/Counterclaimants |
| | | MICRO THERAPEUTICS, INC. and DENDRON GMBH |
| Dated: June 14, 2007 | By: | **/s/ Patrick Thompson** |
| | | Patrick Thompson (SBN 160804) |
| | | Roland H. Schwillinski (*Pro Hac Vice*) |
| | | GOODWIN PROCTER LLP |
| | | Attorneys for Third Party Defendants |
| | | BOSTON SCIENTIFIC and TARGET THERAPEUTICS, INC. |

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June  19 , 2007

_____
The Honorable James Ware
United States District Judge

1268586