IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Boston Scientific Corporation, et al., | NO. C 02-01474 JW |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Cordis Corporation, | |
| Defendant. | |

On September 17, 2007, the Court conducted a case management conference. Boston Scientific Corporation and Target Therapeutics, Inc. (collectively, "Plaintiffs"), and Cordis Corporation ("Defendant") were represented by counsel. With respect to the outstanding motions, the Court orders as follows:

For each motion listed below, the moving party shall compile a three ring binder containing (1) the motion and any supporting memorandum of law; (2) the opposition memorandum; (3) any reply memorandum; and (4) any exhibits in support or opposition to the motion, which shall be clearly labeled. At the beginning of each binder the moving party shall include, as appropriate, a Chart A or B, in the format described below; each statement shall be supported by appropriate citations to the motion papers and or exhibits.

A. <u>Plaintiffs' Motion for Summary Judgment of No Inequitable Conduct</u>
B. <u>Plaintiffs' Motion for Summary Judgment of Infringement</u>
C. <u>Defendant's Cross- Motion for Summary Judgment of Noninfringement</u>
D. <u>Plaintiffs' Motion for Summary Judgment Regarding Validity of the Radiopaque Marker Claims</u>
E. <u>Defendant's Cross- Motion for Summary Judgment Regarding Invalidity of the Radiopaque Marker Claims</u>

F. <u>Plaintiffs' Motion to Preclude Expert Re: Untimely Disclosure</u>
G. <u>Defendant's Motion to Strike Declaration of Dr. Duckwiler</u>
H. <u>All future dispositive motions in the case</u>

All binders for pending motions shall be delivered to the Court (by way of the Clerk's office) by **Tuesday, September 25, 2007**, **3 PM, Pacific time.**

### Chart A - Summary of Infringement Issues

| Patent Claim/Elements | Stipulated Construction/Court Construction | Accused Product | Defense Asserted |
|---|---|---|---|
| '000 Patent, Claim 1 | | | |
| an apparatus comprising | apparatus means: "a device which. . ." | Riverside Model 2 | |
| 1. a handle | "handle" means a part held by the human hand | Riverside Model 2 | the product lacks a handle |

### Chart B - Summary of Invalidity Issues

| Title of Motion | Patent | Claim No. | Basis of challenge | Summary of argument in support of motion | Summary of argument in opposition to motion | Comments |
|---|---|---|---|---|---|---|
| Partial Motion for Summary Judgment of Invalidity | '000 | Claim 3 | Lack of Disclosure of Best Mode | The specification states that the inventor was aware [See '000 Patent, Col 3:5-10] | The reference is to a different invention. | This matter is controlled by the Court's claim construction of the following terms: |
| | | | | | | |

Dated: September 20, 2007

_____
JAMES WARE
United States District Judge

2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allison H Stiles astiles@goodwinprocter.com
Amanda Marie Kessel akessel@goodwinprocter.com
Christopher T. Holding cholding@goodwinprocter.com
David T. Pritikin dpritikin@sidley.com
Edward V. Anderson evanderson@sidley.com
Georgia Kloostra VanZanten gvanzanten@sidley.com
Hugh A. Abrams habrams@sidley.com
J. Anthony Downs jdowns@goodwinprocter.com
Julie Lynn Fieber jfieber@flk.com
Lisa Anne Schneider lschneider@sidley.com
Marc A. Cavan mcavan@sidley.com
Matthew Thomas Powers mpowers@sidley.com
Michael Francis Kelleher mkelleher@flk.com
Michael G. Strapp mstrapp@goodwinprocter.com
Patrick Eugene Premo ppremo@fenwick.com
Patrick Shaun Thompson pthompson@goodwinprocter.com
Paul F. Ware pware@goodwinprocter.com
Roland Schwillinski rschwillinski@goodwinprocter.com
Stephanie Pauline Koh skoh@sidley.com
Susan E. Bower sbower@sidley.com
Teague I. Donahey tdonahey@sidley.com
Tracy Jean Phillips tphillips@sidley.com

**Dated: September 20, 2007**                **Richard W. Wieking, Clerk**

                                              **By:  /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**