[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CORDIS CORPORATION, <br><br> Defendant. | Case No. C 02 1474 JW <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SUBMIT PREVIOUSLY FILED BRIEFS** |

   Plaintiffs Boston Scientific Corp. and Target Therapeutics, Inc. respectfully request a one week extension to the deadline for submission of three-ring binders containing previously filed briefs as set forth in the September 20, 2007 Order Following Case Management Conference.  This extension is necessary in light of the voluminous nature of the previously filed briefs and the schedules of the attorneys responsible for preparing the three-ring binders.  This extension will not affect any other deadlines.

   For the foregoing reasons, the parties respectfully request that, pursuant to this Stipulation, the Court extend the due date for submission of three-ring binders containing previously filed briefs by one week until October 2, 2007.

| | |
|---|---|
| 1  Dated:  September 21, 2007 | By: /s/_____ |
| 2 | Matthew T. Powers (SBN 124493) |
|   | SIDLEY AUSTIN BROWN & WOOD LLP |
| 3 | 555 California Street, Suite 2000 |
|   | San Francisco, CA  94104 |
| 4 | Telephone:   (415) 772-1200 |
|   | Facsimile:    (415) 772-7400 |

Dated:  September 21, 2007

By: /s/_____

Matthew T. Powers (SBN 124493)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:   (415) 772-1200
Facsimile:    (415) 772-7400

David T. Pritikin (*Pro Hac Vice*)
Hugh A. Abrams (*Pro Hac Vice*)
Lisa A. Schneider (*Pro Hac Vice*)
Stephanie P. Koh (*Pro Hac Vice*)
SIDLEY AUSTIN BROWN & WOOD LLP
10 S. Dearborn Street
Chicago, IL  60603
Telephone:   (312) 853-7000
Facsimile:    (312) 853-7036

Attorneys for Defendant
CORDIS NEUROVASCULAR, INC.

Dated:  September 21, 2007

By: /s/_____

Michael F. Kelleher
Julie L. Fieber
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111

J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
Michael G. Strapp (*Pro Hac Vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

Attorneys for Plaintiffs
BOSTON SCIENTIFIC CORP. and
TARGET THERAPEUTICS, INC.

*Filer's Attestation:  Matthew T. Powers hereby attests that concurrence in the filing of this document has been obtained.*

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  September 24, 2007

_____
Hon. James Ware
United States District Judge
Northern District of California

-2-

**STIPULATION TO EXTEND TIME TO SUBMIT PREVIOUSLY FILED BRIEFS - CASE NO. C 02 1474 JW**

CH1 4000453v.1