UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION,<br><br>Defendants. | Case No. C02-1474-JW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL |

Pursuant to the parties' stipulation, requesting an order permitting (1) Defendant Cordis' Opposition to Plaintiffs' Renewed Motion for Summary Judgment That The Activities of LLNL Do Not Constitute Prior Art Under 35 U.S.C. § 102 (G) To The '415 Patent; and (2) Exhibits to the Declaration of Lisa A. Schneider in Support of Defendant Cordis' Opposition to Plaintiff's Renewed Motion for Summary Judgment That The Activities of LLNL Do Not Constitute Prior Art to be filed under seal.  PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _November 30, 2007_____          By:_____/s/ James Ware_____
                                                                        Hon. James Ware
                                                                        United States District Judge
                                                                        Northern District of California

---

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL - CASE NO. C 02-1474-JW

SF1 1475838v.1