UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION<br><br>Defendants. | Case No. C02-1474-JW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to the parties' stipulation, requesting an order permitting (1) Defendant Cordis' Opposition to Plaintiffs' Renewed Motion for Summary Judgment of Infringement of the '415 Patent; and (2) Exhibits to the Declaration of Matthew T. Powers in Support of Defendant Cordis' Opposition to Plaintiff's Renewed Motion for Summary Judgment of Infringement of the '415 Patent to be filed under seal.  PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  November 30, 2007          By: _/s/ James Ware_
Hon. James Ware
United States District Judge
Northern District of California

1

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL - CASE NO. C 02-1474-JW**