UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION,<br><br>Defendants. | Case No. C02-1474-JW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to the parties' stipulation, requesting an order permitting the following documents to be filed under seal: (1) Defendant Cordis' Reply in Further Support of Cordis' Motion to Vacate In Part the November 14, 2005 Order and For Summary Judgment of Invalidity of Claims 16, 17 and 23-25 of U.S. Patent No. 6,238,415; and (2) Exhibits to the Declaration of Matthew T. Powers in Further Support of Defendant Cordis' Motion to Vacate In Part the November 14, 2005 Order and For Summary Judgment of Invalidity of Claims 16, 17 and 23-25 of U.S. Patent No. 6,238,415, PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __January 2, 2008__          By:_____/s/ James Ware_____
                                                        Hon. James Ware
                                                        United States District Judge
                                                        Northern District of California