FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SB#165493)
Julie L. Fieber (SB#202857)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Fax: (415) 986-2827

GOODWIN PROCTER LLP
J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
Michael G. Strapp (*Pro Hac Vice*)
Exchange Place
Boston, Massachusetts 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CORDIS CORPORATION, <br><br> Defendant. | Case No.: C02-1474-JW <br><br> **STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL BOSTON SCIENTIFIC'S REPLY BRIEF IN FURTHER SUPPORT OF ITS RENEWED MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF THE '415 PATENT, DECLARATION OF CLIFFORD TEOH IN SUPPORT OF BOSTON SCIENTIFIC'S RENEWED MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF THE '415 PATENT, AND THE REPLY IN FURTHER SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT THAT THE ACTIVITIES OF LLNL DO NOT CONSTITUTE PRIOR ART TO THE '415 PATENT** <br><br> **Hearing Date: January 18, 2008** <br> **Time: 9:00 a.m.** <br> **Place: Courtroom of the Hon. James Ware** |

Pursuant to Civil Local Rules 79-5 and 7-11, Plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. (collectively "Boston Scientific") hereby request that the Court file under seal Boston Scientific's Reply Brief in Further Support of Its Renewed Motion for Summary Judgment of Infringement of the '415 Patent, the Declaration of Clifford Teoh in Support of Boston Scientific's Renewed Motion for Summary Judgment of Infringement of the '415 Patent, and the Reply in Further Support of Plaintiffs' Renewed Motion for Summary Judgment that the Activities of LLNL Do Not Constitute Prior Art to the '415 Patent.

Boston Scientific's Reply Brief in Further Support of Its Renewed Motion for Summary Judgment of Infringement of the '415 Patent, the Declaration of Clifford Teoh in Support of Boston Scientific's Renewed Motion for Summary Judgment of Infringement of the '415 Patent, and the Reply in Further Support of Plaintiffs' Renewed Motion for Summary Judgment that the Activities of LLNL Do Not Constitute Prior Art to the '415 Patent refer to material that has been designated as "Confidential" by the parties pursuant to the Protective Order. Accordingly, Boston Scientific requests that the Court grant this Miscellaneous Administrative Request, and file under seal Boston Scientific's Reply Brief in Further Support of Its Renewed Motion for Summary Judgment of Infringement of the '415 Patent, the Declaration of Clifford Teoh in Support of Boston Scientific's Renewed Motion for Summary Judgment of Infringement of the '415 Patent, and the Reply in Further Support of Plaintiffs' Renewed Motion for Summary Judgment that the Activities of LLNL Do Not Constitute Prior Art to the '415 Patent. A Proposed Order granting this request is submitted herewith.

Counsel for Cordis has reviewed this stipulated request and does not object to it.

DATED: December 11, 2007

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (SB#165493)
Julie L. Fieber (SB#202857)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Fax: (415) 986-2827

GOODWIN PROCTER LLP
J. Anthony Downs (*Pro Hac Vice*)

| | |
|---|---|
| 1 | Roland H. Schwillinski (*Pro Hac Vice*) |
| 2 | Michael G. Strapp (*Pro Hac Vice*) |
|   | Exchange Place |
| 3 | Boston, Massachusetts 02109-2881 |
|   | Tel: (617) 570-1000 |
| 4 | Fax: (617) 523-1231 |

1
2  Roland H. Schwillinski (*Pro Hac Vice*)
   Michael G. Strapp (*Pro Hac Vice*)
   Exchange Place
3  Boston, Massachusetts 02109-2881
   Tel: (617) 570-1000
4  Fax: (617) 523-1231

5
6  By: */s/ Michael G. Strapp*
        Michael G. Strapp

7  Attorneys for Plaintiffs
   BOSTON SCIENTIFIC CORP. and TARGET
8  THERAPEUTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CORDIS CORPORATION, <br><br> Defendants. | Case No.: C02-1474-JW <br><br> [~~PROPOSED~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL |

Pursuant to Plaintiffs Boston Scientific Corp.'s and Target Therapeutics, Inc.'s Stipulated Miscellaneous Administrative Request, Boston Scientific's Reply Brief in Further Support of Its Renewed Motion for Summary Judgment of Infringement of the '415 Patent, the Declaration of Clifford Teoh in Support of Boston Scientific's Renewed Motion for Summary Judgment of Infringement of the '415 Patent and the Reply in Further Support of Plaintiffs' Renewed Motion for Summary Judgment that the Activities of LLNL Do Not Constitute Prior Art to the '415 Patent shall be filed under seal and not placed in the public file in this action.

Pursuant to stipulation, IT IS SO ORDERED

Dated: January 2, 2008

_____
Hon. James Ware
United States District Judge
Northern District of California