1  [See signature page for attorney names]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION,<br><br>Defendant. | Case No. C02-1474-JW<br><br>**STIPULATED REQUEST TO EXTEND TIME TO FILE DEPOSITION DESIGNATIONS AND [PROPOSED] ORDER** |

## STIPULATED REQUEST TO EXTEND TIME TO FILE DEPOSITION DESIGNATIONS

The parties hereby request to extend the time for filing their deposition designations, which are a part of the Joint Pretrial Statement. A stipulation to extend the time for deposition designations was reached by counsel for both parties on January 9, 2009. The parties therefore request that the deadline be extended by one week thus moving the date from January 9, 2009 to January 16, 2009. The remainder of the parties' Joint Pretrial Statement is submitted in accordance with this Court's Preliminary Pretrial Conference Scheduling Order.

| | |
|---|---|
| Dated: January 9, 2009 | By: /s/*Michael F. Kelleher* <br> Michael F. Kelleher <br> FOLGER LEVIN & KAHN LLP <br> Embarcadero Center West <br> 275 Battery Street, 23rd Floor <br> San Francisco, CA 94111 <br><br> Paul F. Ware Jr. (*Pro Hac Vice*) <br> J. Anthony Downs (*Pro Hac Vice*) <br> Roland H. Schwillinski (*Pro Hac Vice*) <br> Michael G. Strapp (*Pro Hac Vice*) <br> GOODWIN PROCTER LLP <br> Exchange Place <br> Boston, Massachusetts 02109-2881 <br> Tel: (617) 570-1000 <br> Fax: (617) 523-1231 <br><br> Attorneys for Plaintiffs <br> BOSTON SCIENTIFIC CORP. and <br> TARGET THERAPEUTICS, INC. |
| Dated: January 9, 2009 | By: /s/ *Matthew T. Powers* <br> Matthew T. Powers (SBN 124493) <br> SIDLEY AUSTIN LLP <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone: (415) 772-1200 <br> Facsimile: (415) 772-7400 <br><br> David T. Pritikin (*Pro Hac Vice*) <br> Hugh A. Abrams (*Pro Hac Vice*) <br> Lisa A. Schneider (*Pro Hac Vice*) <br> Stephanie P. Koh (*Pro Hac Vice*) <br> SIDLEY AUSTIN LLP <br> One South Dearborn Street <br> Chicago, IL 60603 <br> Telephone: (312) 853-7000 <br> Facsimile: (312) 853-7036 <br><br> Attorneys for Defendant <br> CORDIS NEUROVASCULAR, INC. |

1                               XXXXXXXXXX  **ORDER]**

2 Pursuant to stipulation, IT IS SO ORDERED.

3

4

5 Dated: January __12__, 2009                 _/s/ James Ware_

6                                            Hon. James Ware

7                                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIBA/1960540.1                                        3

**STIPULATED EXTENSION OF TIME TO FILE DEPOSITION DESIGNATIONS**

**Case No. C02-1474-JW**