1  [See signature page for attorney names]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION,<br><br>Defendant. | Case No. C02-1474-JW <br><br> **STIPULATED REQUEST TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS *IN LIMINE* AND [PROPOSED] ORDER** |

**STIPULATED REQUEST TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS *IN LIMINE***

Plaintiffs Boston Scientific Corporation and Target Therapeutics, Inc. hereby request to extend the time for the parties to file their oppositions to motions *in limine*. Under the Pretrial Conference Scheduling Order (Docket No. 1180), the date set forth for the Final Pretrial Conference is Monday, February 9, 2009, and "[a]ny opposition [to motions *in limine*] shall be filed in writing and served no later than fifteen (15) days before the Final Pretrial Conference." In this case, the date fifteen days before the scheduled Final Pretrial Conference will fall on a Sunday, January 25, 2009. Plaintiffs therefore request to extend the deadline for filing oppositions, moving the deadline to Monday, January 26, 2009. Counsel for defendant Cordis Corporation has reviewed this stipulated request and does not object to it.

| | | |
|---|---|---|
| 1 | Dated: January 21, 2009 | By: /s/*Michael F. Kelleher* |
| 2 | | Michael F. Kelleher<br>FOLGER LEVIN & KAHN LLP |
| 3 | | Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA  94111 |

Paul F. Ware Jr. (*Pro Hac Vice*)
J. Anthony Downs (*Pro Hac Vice*)
Roland H. Schwillinski (*Pro Hac Vice*)
Michael G. Strapp (*Pro Hac Vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

Attorneys for Plaintiffs
BOSTON SCIENTIFIC CORP. and
TARGET THERAPEUTICS, INC.

LIBA/1963487.1

2

**STIPULATED REQUEST TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS *IN LIMINE***
**Case No. C02-1474-JW**

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties to extend the date for filing their oppositions to motions *in limine* to Monday, January 26, 2009, IT IS SO ORDERED.

Dated: January __30__, 2009

_____
Hon. James Ware
United States District Judge