```
1  FOLGER LEVIN & KAHN LLP
   Michael F. Kelleher (SB#165493)
2  Embarcadero Center West
   275 Battery Street, 23rd Floor
3  San Francisco, CA  94111
   Telephone:  (415) 986-2800
4  Fax:  (415) 986-2827

5  GOODWIN PROCTER LLP
   J. Anthony Downs (*Pro Hac Vice*)
6  Roland H. Schwillinski (*Pro Hac Vice*)
   Michael G. Strapp (*Pro Hac Vice*)
7  Emily J. Cooper (*Pro Hac Vice*)
   Exchange Place
8  Boston, Massachusetts 02109-2881
   Tel: (617) 570-1000
9  Fax: (617) 523-1231
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BOSTON SCIENTIFIC CORP. and TARGET THERAPEUTICS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION,<br><br>Defendant. | Case No. C02-1474-JW<br><br>[PROPOSED] **ORDER GRANTING STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date:  [TO BE DETERMINED]<br>Time:<br>Place:  Courtroom of the Hon. James Ware |

1   This matter comes before the Court on Plaintiffs' Boston Scientific Corp. and Target
2   Therapeutics, Inc. ("Plaintiffs'") Miscellaneous Administrative Request to File Documents Under
3   Seal.
4   The Court, having considered Plaintiffs' stipulated request hereby ORDERS Plaintiffs'
5   Memorandum in Opposition to Cordis's Motion for Partial Dismissal for Lack of Standing be filed
6   under seal.
7   IT IS SO ORDERED.

8   Dated: February 3, 2009

9   _____
    Honorable James Ware
10  United States District Judge

## PROOF OF SERVICE

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 30TH day of January, 2009.

/s/ Michael G. Strapp
Michael G. Strapp