IT IS SO ORDERED

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and TARGET THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CORDIS CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. C 02 1474 JW <br> ) <br> ) <br> ) **STIPULATION OF DISMISSAL WITH** <br> ) **PREJUDICE BETWEEN BSC AND** <br> ) **CORDIS AND [PROPOSED] ORDER** <br> ) <br> ) <br> ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and 41(c), the plaintiffs, Boston Scientific Corp. and Target Therapeutics, Inc., and defendant Cordis Neurovascular, Inc., hereby move for an order dismissing the above-entitled action, including all claims and counterclaims, in its entirety, with prejudice, with each party to bear its own costs, expenses and attorneys' fees. The parties respectfully request that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v . Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994). The parties waive all right to appeal from this Stipulation and dismissal.

**IT IS SO STIPULATED.**

Consent to the entry of the foregoing dismissal and attached [Proposed] Order is hereby acknowledged.

Pursuant to General Order 45, §X(B), counsel for Cordis attests under penalty of perjury that counsel for BSC concurs in the filing of this stipulation.

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN BSC AND CORDIS**
**CASE NO.: C-02-1474-JW**

1   Dated:  March  9, 2009

By: /s/

Matthew T. Powers (SBN 124493)
2   SIDLEY AUSTIN LLP
3   555 California Street, Suite 5000
San Francisco, CA 94104
4   Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400
5

6   Hugh A. Abrams (*Pro Hac Vice*)
Lisa A. Schneider (*Pro Hac Vice*)
7   Stephanie P. Koh (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
8   1 S. Dearborn Street
Chicago, IL 60603
9   Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
10

11  Attorneys for Defendant
CORDIS NEUROVASCULAR, INC
12

13

14  Dated:  March 9, 2009

By:  /s/

Michael F. Kelleher
15  FOLGER LEVIN & KAHN LLP
16  Embarcadero Center West
275 Battery Street, 23rd Floor
17  San Francisco, CA  94111

18  Paul F. Ware Jr. (*Pro Hac Vice*)
J. Anthony Downs (*Pro Hac Vice*)
19  Roland H. Schwillinski (*Pro Hac Vice*)
Michael G. Strapp (*Pro Hac Vice*)
20  GOODWIN PROCTER LLP
Exchange Place
21  Boston, Massachusetts 02109-2881
Tel:  (617) 570-1000
22  Fax:  (617) 523-1231

23
Attorneys for Plaintiffs
24  BOSTON SCIENTIFIC CORP. and
TARGET THERAPEUTICS, INC.
25

26

27

28

2

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN BSC AND CORDIS**
**CASE NO.: C-02-1474-JW**

1

**[PROPOSED] ORDER**

2
Pursuant to stipulation, IT IS HEREBY ORDERED:

3
This case is dismissed with prejudice.  Each party shall bear its own attorneys' fees and

4
costs.  The Clerk shall close this file.

5

6
Dated:  March 11, 2009

7
Hon. James Ware
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28